UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TODD WHEELER KELLER

              Plaintiff,

                                    17-CV-

    v.

MARY C. LOEWENGUTH
PATRICK J. HEALY
ROBERT H. JACKSON

              Defendants.

_____

## INDEX PURSUANT TO LOCAL CIVIL RULE 81

Exhibit 1:     Summons, Complaint, and all attachments.

# EXHIBIT 1

New York State Supreme Court
Eire County Supreme: land

-------------------------------------

**F I L E D**
11/21/2017/   15:29:33
ERIE COUNTY CLERK
RC061?008?86736

Keller, Todd Wheeler: man;
claimant/private prosecutor;

-------------------------------------

⬤/Summons with Notice
Private and Confidential

Index No. _I 2017 - 160_

Loewenguth, Mary C: woman;
Healy, Patrick J: man;
Jackson, Robert H: man;
Wrongdoer(s)/Respondent(s);

-------------------------------------

To the Above Natural Person(s) named as Wrongdoer(s)/Respondent(s):

   PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by

serving a notice of appearance on the claimant at the address set forth below, and to do so within 20

days after the service of this claim/summons (not counting the day of service itself), or within 30 days

after service is complete if claim/summons is not delivered personally to you within New York state;

   YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a nihil dicit

judgment will be entered against you by default for the relief demanded: { see attached notice };

Dated: November 21, 2017
Date of Claim/Summons

                              By: _Keller, Todd Wheeler_
                                   Keller, Todd Wheeler: man;
                                   claimant's name

                                   c/o 800 Exchange Street Road
                                   Attica, New York
                                   Private Non-Domestic
                                   Postal Extension{14011-9998}
                                   claimants's business address

Loewenguth, Mary C: woman;
Healy, Patrick J: man;
Jackson, Robert H: man;
Wrongdoer(s) name

united States Courthouse
c/o 2 Niagara Square
Buffalo, New York
Postal Extension{14202}
Wrongdoer(s) business address

Without the "Municipal/ Territorial U.S./ U.S.A.," INC.

# <u>n o t i c e</u>

The nature of this claim/action is: A declaration of wrong: trespass and injury { unlawfully administered restrained and monopolized trade-business-property }, { see attached notice };

The relief sought is:

1.  The right to prosecute and move a claim, as man, into a "court of record" – land jurisdiction; without the "Municipal/ Territorial U.S./ U.S.A.," INC. – foreign jurisdiction

2.  Two million eight hundred seventy-five thousand dollars { $2,875,000.00 }, per wrongdoer { Exhibit C };

    { Acceptable forms of payment: Bitcoin; American Silver Eagles};

3.  As required by law, i require said wrongdoers provide me their Bonding Company information;

Cf. In commerce, it is a felony for a Political/ Public Official to not report a claim to its Bonding Company, and a felony for the Bonding agent to not pay the claim;

4.  Wrongdoer(s) have already failed or refused to respond: {Exhibit A};

    A nihil dicit judgment is now required for the sum of: Two million eight hundred seventy-five thousand dollars { $2,875,000.00 } { Exhibit C }, per wrongdoer, forthwith;

Should Wrongdoer(s)/Respondent(s) fail to appear herein, a nihil dicit judgment will be entered for the sum of: Two million eight hundred seventy-five thousand dollars { $2,875,000.00 }per wrongdoer;

There will be $100.00 per day on all arrears payments, starting December 26, 2017;

<u>Venue:</u>

Claimant/Petitioner designates <u>Erie County – land jurisdiction</u> as the place of trial. The basis of this designation is:

_____Claimant is a man living on the land known as new york: Union-state: Wyoming County – land jurisdiction;

___✗___Wrongdoer(s)/Respondent(s) are men/ women living on the land known as new york: Union-state: Erie County – land jurisdiction;

___✗___Other Wrongdoer(s) John Doe 1-10 unknown at this time.

Without the "Municipal/ Territorial U.S./ U.S.A.," INC.

# notice

## *'man's right to prosecute a claim'*



i, a man, present a verified Declaration of Fact:                          October 13, 2017

Firstly:          i: the living man, who goes by the copyrighted Trade Name: Todd Wheeler Keller, the claimant, aggrieved party, and acting private prosecutor, in this instant matter, attest my lawful and verified political status is that of a "non-federal, non-citizen, non-resident, non-person, non-combatant," American state national, and New Yorker { i have, by recorded affirmation, rebutted any and all assumptions/presumptions to the contrary }, and my lawful right, and basis to prosecute and move this claim/case { not a complaint, and without the private and foreign corporate administrative rules, procedures, etc. of the private, foreign and bankrupt Municipal "UNITED STATES," { INC. }, the Territorial "U.S.A.," { Inc. }, or its "Federal State," a.k.a. "State of New York" or "STATE OF NEW YORK," { Inc. }: Incorporated franchise of said Federal corporations, oper-ating in international jurisdiction of the sea, under color of law, on American soil }, pursuant American common law of man, is that i require, wish and order the use of this venue, as a "court of record" – land jurisdiction, to seat a jury: if needed, in which i prosecute and move my claim/case before, to determine and render a verdict, as to what man/woman has the lawful right to admin-ister, restrain, monopolize and/or interfere with my trade-business-property, causing me injury;

RIGHT: i, a man, do not require a "CIVIL RIGHT" when i already possess inherent rights;

Cf.        **Private Prosecutor:** One who sets in motion the machinery of criminal justice against a person whom he suspects or believes to be guilty of a crime, by laying an accusation before the proper authorities, and **who is not himself an officer of justice.** [Heacock v. State, 13 Tex. App. 129; State v. Millain, 3 Nev. 425.] **Emphasis Added;**

Black's Law 5th Ed.

# 𝔫𝔬𝔱𝔦𝔠𝔢

## *'man's right to prosecute a claim'*



*Cf.*  A **private prosecutor** is one who prefers an accusation against a party whom he suspects to be guilty. **Every man** may become a prosecutor....... The prosecutor has an inducement to prosecute, because he cannot, in many cases, have any civil remedy until he has done his duty to society by an endeavor to bring the offender to justice. **Emphasis Added;**

> Bouvier's Law Revised 6th Ed., 1856

*Cf.*  **Prosecutor:** 1. To seek to obtain by legal process; as, **to prosecute a right in a court of law. 2. To accuse of some crime or breach of law, or to pursue for redress or punishment, before a legal tribunal; as, to prosecute a man for trespass** or for a riot. [Webster's Dictionary 1828.] **Emphasis Added;**

*Cf.*  **Wrongdoer:** One who commits an injury; a tort-feasor. The term ordinarily imports an invasion of right to the damage of the party who suffers such invasion;

> Black's Law Revised 4th 1968

*Cf.*  **Claim:** A demand of right or supposed right; a calling on another for something due, or supposed to be due. [Webster's Dictionary 1828];

*Cf.*  **Claim:** A claim is a right or title, actual or supposed, to a debt, privilege, or other thing in the possession of another; not the possession, but the means, by or through which the claimant obtains the possession or enjoyment. [Lawrence v. Miller, 2 N.Y. 245, 254.];

*Cf.*  **Claim:** To demand as one's own or as one's right; to assert; to urge; to insist. Cause of action. Means by or through which claimant obtains possession or enjoyment of privilege or thing. Demand for money or property.

> Black's Law 5th Ed.

*Cf.*  **A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law**, its acts and proceedings being enrolled for a perpetual memorial. [Jones v. Jones, 188 Mo. App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc., Mass., 171, per Shaw, C. J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.] **Emphasis Added;**

> Black's Law Revised 4th Ed. 1968

*Cf.*  In Suits at common law,....the right of trial by jury shall be preserved,......;

> Seventh Amendment

*Without the "Municipal/ Territorial U.S./ U.S.A.," INC.*

# notice
## *'man's right to prosecute a claim'*



Secondly:

1. <u>Geraci, Frank P Jr</u>: a man; d.b.a. CHIEF "JUDGE"; Public Servant; Fiduciary-Trustee;

2. <u>Loewenguth, Mary C</u>: a woman; wrongdoer; d.b.a. CLERK OF COURT; Public Servant; Fiduciary-Trustee; Debtor;

3. <u>Healy, Patrick J</u>: a man; wrongdoer; d.b.a. CHIEF DEPUTY CLERK; Public Servant; Fiduciary-Trustee; Debtor; and

4. <u>Jackson, Robert H</u>: a man; wrongdoer; d.b.a. Public Servant; Fiduciary-Trustee; Debtor;

Place of business: c/o united States Courthouse, 2 Niagara Square, Buffalo, New York, Postal Extension {14202}, were presented notice: { Exhibit A }, dated September 15, 2017, via Certified Mail Return Receipt No. 7016 1370 0000 9186 8391, in response to their notice, dated September 13, 2017, stating: "Your case/documents will not be filed in the Western District of New York......you have not complied with the Federal Rules of Civil Procedure and/or the Local Rules of this district.": { Exhibit B };

In responding with my own aforementioned notice, i, a man, claimed my lawful right, NOT domiciled within their foreign "district": international jurisdiction of the sea { <u>organized as a "U.S. District Court"</u> }, to prosecute and move my claim/case, pursuant American common law of man, via a "court of record": an Article III constitutional court: land jurisdiction { <u>organized as Federal Postal District Courts, a.k.a. a federal court</u> }, without the inferior private, foreign and bankrupt corporate "UNITED STATES DISTRICT COURT," { INC. }: operating in international jurisdiction of the sea: { <u>entrusted to and operated by the British Monarchs, operating in fraud, deceit and Breach of Trust, under color of law, on American soil</u> }, and without the private and foreign corporate administrative rules, procedures, etc. of said court;

Without the "Municipal/Territorial U.S./U.S.A.," INC.

PAGE 3 of 8

# n o t i c e

### 'man's right to prosecute a claim'



All "U.S. District Courts" or "State of State" courts are U.S. military – Liber Code contro-lled { provisions of the Reconstructive Acts: March 2, 1867 (14 Stat. 428) }, and B.A.R. supervised { Departments of the Army & Navy Field Manual 27-5, 1947 Ed., Par. 12c, Pg. 20. }, private, foreign and bankrupt quasi-military administrative tribunals/courts, operating in international jurisdiction of the sea, addressing Maritime/Admiralty issues, under color of law, on American soil;

Said courts, their rules, codes, procedures, etc. ONLY pertain to "U.S. citizens," "citizens of the U.S.," "U.S. employees," "U.S. residents," "legal persons," etc. – all fictions in law, domiciled within the jurisdiction of the private, foreign and bankrupt Municipal "UNITED STATES," { INC. } as of 2015 Chap. 7 Liquidation }, the Territorial "U.S.A.," { Inc. } { as of 2017 Chap. 11 Reorganization }, and its "Federal State," a.k.a. "State of New York" or "STATE OF NEW YORK," { Inc. }: Incorporated franchise of said Federal corporations;

i, a man, am none of the aforementioned corporate fictions, nor am i domiciled within said foreign jurisdiction, and therefore NOT "subject" to and/or require, nor wish to use the private rules, procedures, etc. of said jurisdiction or court, nor do i consent to and/or wish to operate in fiction, as a fiction { legal person }, or under private copyrighted corporate codes, rules, procedures, statutes or "law," when requiring redress in a "court of record";

**Thirdly:** Said wrongdoers, through their actions, inactions, and silence, have refused me redress; thereby, administering, retraining, and monopolizing { without rights/my consent }, my inherent right to trade-business-property, coercing me: their fellow man, to endure duress, trespass, loss, continued injury, etc.;

Said wrongdoers, via their silence, by way of an un-rebutted declaration and agreement { Exhibit A }, have acquiesced to my claim of right and redress, creating an equitable estoppel, agreeing unconditionally, to settle all certified invoices: { Exhibit C }, billed to them;

Without the "Municipal/ Territorial U.S./ U.S.A.," INC.

PAGE 4 of 8

# notice
## 'man's right to prosecute a claim'



Invoices, dated October 3, 2017, were presented to wrongdoer(s) on October 13, 2017, by Certified Mail Return Receipt No. 7016 1370 0000 9189 7377;

Said wrongdoers were given (30) days to respond, and <u>settle this matter privately</u> and have failed or refused to do so:

Via acquiescence, through said wrongdoers silence, a nihil dicit judgment and settlement of said invoices is now required, wished for, and ordered, forthwith;

Cf.   "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading";

Cf.   "it has been stated that **any enterprise undertaken by the public official which tends to weaken public confidence and undermines the sense of security for individual rights is against public policy.**"; { 63C Am. Jur. 2d Public Officers and Employees, §247; Cf. several courts cases. **Emphasis Added**;

Cf.   "Fraud in its elementary common law sense of deceit – and this is one of the meanings that fraud bears [483 U.S. 372] in the statute, see United States v. Dial, 757 F.2d 163, 168 (7th Cir. 1985) – includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him, and if he deliberately conceals material information from them, he is guilty of fraud...." { McNally v. United States, 483 U.S. 350 (1987) };

In the event, my orders are not carried out and said Invoices are not settled, forthwith, i will be coerced to require, wish, order, and demand by right, pursuant and secured by The 1787 united American States Constitution: Article: 3, & Article: 6, cl. 2; 3, The 1789 united American States Bill of Rights: Articles: 5; 7; 9, and The 1846 New York State Constitution: Article: 1, §§ 2; 6 & Article: 6, § 3, a "court of record," "trial by jury," be convened (22) days from notice, so that said wrongdoers stand before The Keller Court, and answer for their trespass, continued injury, etc. regarding my trade-business-property;

Without the "Municipal/ Territorial U.S./ U.S.A.," INC.

# 𝖓𝖔𝖙𝖎𝖈𝖊

### 'man's right to prosecute a claim'



**Fourthly:** Said wrongdoers are in breach of their corporate "Constitution of the United States," { Inc. }: a foreign Municipal corporate charter masquerading as a valid treaty document;

i require said wrongdoers provide me a certified copy of their Oath of office and, as required by law, their Bonding Company information;

In commerce, it is a felony for a Political/Public Official to not report a claim to its Bonding Company, and a felony for the Bonding agent to not pay the claim;

i, also require, wish and order said wrongdoers to not administer, restrain or monopolize my right to trade-business-property any further; any man/woman doing so, causes me injury and agrees to settle any certified invoices billed to them;

**Fifthly:** A verified declaration of wrong: trespass and injury, is hereby claimed: administered; restrained and monopolized trade-business-property without rights/consent:

i, a man, now require, wish and order redress; a magistrate; "court of record"; "trial by jury"; pursuant and secured by:

Cf.    Blackstone Commentary Volume 3, Chapter 23, § 378;

Cf.    The 1787 united American States Constitution: Article: 3, & Article: 6, cl. 2; 3;

Cf.    The 1791 united American States Bill of Rights: Articles: 5; 7; 9;

Cf.    The 1846 New York State Constitution: Article: 1, §§ 2; 6 & Article: 6, § 3;

- i, a man, the aggrieved party, claim that;

- the following said wrongdoers trespass upon property;

Without the "Municipal/ Territorial U.S./ U.S.A.," INC.

# 𝖓𝖔𝖙𝖎𝖈𝖊

## 'man's right to prosecute a claim'



1.  <u>Loewenguth, Mary C</u>: a woman; wrongdoer; d.b.a. CLERK OF COURT; Public Servants; Fiduciary-Trustee; Debtor;

2.  <u>Healy, Patrick J</u>: a man; wrongdoer; d.b.a. CHIEF DEPUTY CLERK; Public Servants; Fiduciary-Trustee; Debtor;

3.  <u>Jackson, Robert H</u>: a man; wrongdoer; d.b.a. Public Servant; Fiduciary-Trustee; Debtor;

• Other Wrongdoers: Federal Fiduciary-Trustees; Employees; Public Servants; Actors; Persons; men; women; John Doe(s)/JOHN DOE(S) 1-10;

• the commencement of the wrong and injury began September 7, 2017, and continues to this day;

• the said wrongdoers trespass comes by way of administering, restraining and monopolizing trade-business-property;

• the trespass did, does and continues to injure trade-business-property;

• i, require, wish and order compensation for the initial and continual trespass upon trade-business-property;

• compensation due: Two million eight hundred seventy-five thousand dollars: { Exhibit C } { $2, 875, 000.00 } EACH;

Sixthly:    i, require and wish { the "non-foreign agent" } magistrate/justice, and clerk of the court, handling this matter, honor their Oath(s) of office: protecting the property { rights } of man, by signing my orders, and forwarding said orders and invoices to said wrongdoers, forthwith;

Without the "Municipal/ Territorial U.S./ U.S.A.," INC.

# notice

## *'man's right to prosecute a claim'*



Seventhly:     BE ADVISED: When addressing the living man: a birthright American state national as
myself, of the continental united American States, specifically the Union-state known as new
york – land jurisdiction, in the foreign jurisdiction of the Federal "United States" or that of a
"Federal State," and deliberately confuse a living man with corporate franchises merely
named after them you commit unlawful conversion, personage, fraud, etc.; this results in press-
ganging land assets into the international jurisdiction of the sea, a crime outlawed worldwide
for 200 years; it is a recognized act of inland piracy and it carries the Death Penalty;

Mischaracterizing the identity or citizenship status of a living American state national
of the continental united American States is also an international war crime under the Geneva
Protocols of 1949, Volume II, Article 3. It also carries the Death Penalty;

i: a man, verify on my own full commercial liability that i have read the above-verified
declaration of facts, and to the best of my knowledge, and belief do know the contents, to be true,
correct and complete, and not misleading, and do believe that the above-described trespasses and
injury have been committed contrary to law, i say here, and will verify in an open "court of
record" – land jurisdiction, that all herein be true;

Done this 13th Day of November 2017;

Witnessed By: ~~Linda Ku~~
Dated: November 13, 2017;

By: ~~Keller, Todd Wheeler~~
Keller, Todd Wheeler man
Autograph and Seal

Without the "Municipal/ Territorial U.S./ U.S.A.," INC.

FILED
11/21/2017/  15:29:33
ERIE COUNTY CLERK
RCPT # 17204736
I  2017000160

# <u>Exhibit A</u>

*The Keller Court presents Exhibit A:*

1.      *Notice of Restraint, Dated September 15, 2017;*

# notice of restraint

c/o Todd-Wheeler: Keller
800 Exchange Street Road
Attica, New York: Nation-state
Private non-domestic
Postal Extension {14011-9998}

September 15, 2017

i, a man, presents notice to:

Frank P Geraci Jr, a man, and all assigns/designees
Mary C Loewenguth, a woman;
Patrick J Healy, a man;
Robert H Jackson, a man;
Kenneth B Keating, a man;

On September 7, 2017, i, a man, presented a claim, two invoices, and a few other documents, as The Keller Court, a "court of record," <u>into</u> "federal district court," a "court of record," <u>at</u> the "UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK," – a private foreign court of international jurisdiction;

i was told said documents would be reviewed by a "judge" and a decision would be made whether or not they would be filed. Correct me if i'm mistaken but i do believe that once your employee had accepted my documents they should have been officially date stamped and filed into the court;

On September 15, 2017, i received my documents back stating "you have not complied with the Federal Rule of Civil Procedure and/or Local Rules of this district". First off, your "district" is a foreign jurisdiction, in regards to the Union-state known as new york. Neither my trade name/legal person or i am domiciled within your "district," or any other private foreign district;

As you know i, a man, am not required to comply with your Rules/Procedures, nor do i consent to doing so, as they ONLY pertain to legal PERSONS, Federal Employees, Residence, lawyers and/or other fictitious entities domiciled within the "United States," viz.: a private foreign bankrupt corporation located in the District of Columbia, <u>its</u> territories and the State of New York, also known a private corporate franchise of the "United States," not the actual land or jurisdiction of the Union-state known as new york;

i, a man, DO NOT wish to access your private foreign bankrupt corporate "UNITED STATES DISTRICT COURT." i'm invoking, by right, The Keller Court: a "court of record" – a Public court: <u>in</u> "federal court;" a right guaranteed to me from birth and protected by The Organic Bill of Rights: Articles 7 & 9, and The Organic New York State Bill of Rights. As you well know, there is no Federal Rule, Code or Procedure that prohibits a man from accessing and invoking a "court of record" – land jurisdiction of the Union-state; new york;

Certified Mail No. 7016 1370 0000 9186 8391

PAGE 1 of 2

FILED
11/21/2017/   15:29:33
ERIE COUNTY CLERK
RCPT # 17204736
I 2017000160

# *Exhibit B*

The *Keller Court* presents *Exhibit B*:

1.   Notice: "*Your case/documents will not be filed in the Western District of New York....*", *Dated September 13, 2017;*

2.   Notice: "*Your case/documents will not be filed in the Western District of New York....*", *Dated September 28, 2017;*

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Robert H. Jackson | **MARY C. LOEWENGUTH** | Kenneth B. Keating |
| United States Courthouse | CLERK OF COURT | Federal Building |
| 2 Niagara Square | | 100 State Street, Room 2120 |
| Buffalo, New York 14202 | **PATRICK J. HEALY** | Rochester, New York 14614 |
| Phone: 716-551-1700 | CHIEF DEPUTY CLERK | Phone: 585-613-4000 |
| Fax: 716-551-1705 | | Fax: 585-613-4035 |

## NOTICE

Date: September 13, 2017

Todd Wheeler Keller
800 Exchange Road
Attica, New York 14011-9998

Your recent submission of:

   ✓ New Case
   ____ Documents on case number: _____

has been identified as an irregular filing pursuant to the Western District of New York's Local Rules related to the filing of a Miscellaneous Case and/or Irregular Documents. A copy of our Local Rule enclosed.

Please note the following:

   ____ We are returning your filing fee until a determination has been made on whether your case will be filed in the Western District of New York. We will advise you of the Court's determination as soon as your submission is reviewed.

   ✓ Your case/documents will not be filed in the Western District of New York and we are returning them to you because you have not complied with the Federal Rules of Civil Procedure and/or the Local Rules of this district.

United States District Court
Office of the Clerk

*Copy*

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

Robert H. Jackson
United States Courthouse
2 Niagara Square
Buffalo, New York 14202
Phone: 716-551-1700
Fax: 716-551-1705

**MARY C. LOEWENGUTH**
CLERK OF COURT

**PATRICK J. HEALY**
CHIEF DEPUTY CLERK

Kenneth B. Keating
Federal Building
100 State Street, Room 2120
Rochester, New York 14614
Phone: 585-613-4000
Fax: 585-613-4035

**NOTICE**

Date: September 28, 2017

Todd Wheeler Keller
800 Exchange Road
Attica, New York  14011-9998

Your recent submission of:

    X  New Case
    ____ Documents on case number: _____

has been identified as an irregular filing pursuant to the Western District of New York's Local Rules related to the filing of a Miscellaneous Case and/or Irregular Documents. A copy of our Local Rule enclosed.

Please note the following:

    ____ We are returning your filing fee until a determination has been made on whether your case will be filed in the Western District of New York. We will advise you of the Court's determination as soon as your submission is reviewed.

    X  Your case/documents will not be filed in the Western District of New York and we are returning them to you because you have not complied with the Federal Rules of Civil Procedure and/or the Local Rules of this district.

United States District Court
Office of the Clerk

9-30

FILED
11/21/2017/  15:29:33
ERIE COUNTY CLERK
RCPT # 17204736
I 2017000160

# <u>Exhibit C</u>

*The Keller Court presents Exhibit C:*

1.   *Certified Invoice: 287MCL; dated November 8, 2017; order;*

2.   *Certified Invoice 287PJH; dated November 8, 2017; order;*

3.   *Certified Invoice 287RHJ; dated November 8, 2017; order;*

# Invoice ~ Verified
## TODD WHEELER KELLER™
### Not All Trespasses or Fees Have Been Listed or Assessed



**Billed To: Loewenguth, Mary C: woman: Debtor**
**c/o 2 Niagara Square**
**Buffalo, New York: Nation-state**
**Continental usa {14202}**

**Certified Invoice: 287MCL**
**November 8, 2017**

**FOR: Charges under Un-rebutted Agreement; Invoice Dated: September 15; October 3, of 2017; Trespass; Injury;**

---

DESCRIPTION: TRESPASS; INJURY

Administered Property without Rights / Consent  ~  Breach of Oath; Duty; Trust; Good Faith  ~

Monopolized Trade-Business-Property  ~  Restrained Trade-Business-Property  ~  Research, Time;

Energy Consumed  ~  Constructive Fraud  ~  Nonfeasance  ~  Malfeasance  ~  Etc.;

---

01.  Administered Property w/ Rights / Consent: $2,250,000;
02.  Breach of Oath; Duty; Trust; Good Faith: $100,000;
03.  Monopolized Trade-Business-Property: $100,000;
04.  Restrained Trade-Business-Property; $100,000;
05.  Research, Time; Energy Consumed: $25,000;
06.  Constructive Fraud: $100,000;
07.  Nonfeasance: $100,000;
08.  Malfeasance: $100,000;

---

TOTAL = $ 2,875,000.00
TWO MILLION EIGHT HUNDRED SEVENTY-FIVE THOUSAND DOLLARS ZERO CENTS

---

**Fees and billing subject to change; Preferable forms of payment: American Silver Eagle Dollars: "lawful money,"
pursuant Article 1, Section 10, Cl. 1, at the $1 face value of the Silver Dollar, The Coinage Act of 1792 defines the value
of a "Dollar" as a coin containing 371.25 grains of pure silver and will be considered to be 1 oz. united American States
Dollar, unless proven otherwise; Other forms of consideration: Bitcoin; Litecoin; Ethereum; Federal Reserve Notes;**

**Non-Negotiable**

**PAGE 1 of 2**

Please make payable to TODD WHEELER KELLER™

Addressed To:

**TODD WHEELER KELLER™**
c/o Todd Wheeler Keller
800 Exchange Street Road
Attica, New York: Nation-state
Private Non-Domestic
Postal Extension {14011-9998}

**Total due in Thirty (30) days, after 30 days Invoice may be recorded with the County Registrar;**
**$100.00 per day on all arrears payments; Thank you for your business;**
**Whoever does Business with My Debtor Becomes My Debtor;**
**Operating in Peaceful Private International Trade;**
**Without the Territorial and Municipal "U.S. / U.S.A.," INC.;**

By: _Keller, Todd Wheeler_
Keller; Todd Wheeler; Settlor and Beneficiary
for TODD WHEELER KELLER™
Autograph and Seal

Certified Invoice: 287MCL

NOTARY PUBLIC'S JURAT:

BEFORE ME, the undersigned authority, a Notary Public, for Wyoming County – New York State, this 8th Day of November 2017, Keller, Todd-Wheeler: a man: Settlor/Beneficiary for TODD WHEELER KELLER™, did appear and was identified, and who does duly attest that the foregoing claim/invoice is true, correct, and complete to the best of his knowledge and belief and will verify in a "court of record" – land jurisdiction;

WITNESS my hand and official, seal: /s/ _Michelle L Taylor_ SEAL
Notary Public

**Todd-Wheeler: Creditor; Settlor; Executor; Beneficiary and Authorized Agent for TODD WHEELER KELLER™**
**All Rights Reserved ~ Errors and Omissions Excepted ~ Without Recourse ~ Without Prejudice ~ Non-Assumpsit**
**Notice to agent constitutes notice to all principles; notice to principles constitutes notice to all agents**

**Non-Negotiable**                                                                                    **PAGE 2 of 2**

# order

claim/case number:_____

The Keller Court presents an order to:

Mary C Loewenguth, a woman
c/o united States Courthouse
2 Niagara Square
Buffalo, New York
Private Non-Domestic
Postal Extension { 14202 }

The Keller Court, requires and orders by right, good faith, and good cause, having been shown by declaration, and to further the interest of justice, that Mary C Loewenguth, a woman, honor, and settle, forthwith, Certified Invoice: 287MCL for the unlawful trespass, and continued injury, during her official duties;

It is required and ordered that Mary C Loewenguth provide, The Keller Court, a certified copy of her Oath of office, and bonding information;

It is required and ordered that Mary C Loewenguth notify, forthwith, her indemnifiers and file a claim with her indemnifiers, regarding said trespass and continued injury;

By: _____ Date_____
    Magistrate/Justice/Judge


By: _____ Date_____
    Clerk of the Court


Certified as a true copy:

By:_____ Date_____         By:___Keller, Todd Wheeler___
    Clerk of the Court                           Keller, Todd Wheeler, a man
                                                 Autograph and seal

Without the "Municipal/ Territorial U.S. / U.S.A.," INC.                    PAGE 1 of 1

# Invoice ~ Verified
## TODD WHEELER KELLER™
### Not All Trespasses or Fees Have Been Listed or Assessed



**Billed To: Healy, Patrick J: man: Debtor**
**c/o 2 Niagara Square**
**Buffalo, New York: Nation-state**
**Continental usa {14202}**

**Certified Invoice: 287PJH**
**November 8, 2017**

**FOR: Charges under Un-rebutted Agreement; Invoice Dated: September 15; October 3, of 2017; Trespass; Injury;**

DESCRIPTION: TRESPASS; INJURY

Administered Property without Rights / Consent  ~  Breach of Oath; Duty; Trust; Good Faith  ~

Monopolized Trade-Business-Property  ~  Restrained Trade-Business-Property  ~  Research, Time;

Energy Consumed  ~  Constructive Fraud  ~  Nonfeasance  ~  Malfeasance  ~  Etc.;

| | |
|---|---|
| 01. | Administered Property w/ Rights / Consent: $2,250,000; |
| 02. | Breach of Oath; Duty; Trust; Good Faith: $100,000; |
| 03. | Monopolized Trade-Business-Property: $100,000; |
| 04. | Restrained Trade-Business-Property; $100,000; |
| 05. | Research, Time; Energy Consumed: $25,000; |
| 06. | Constructive Fraud: $100,000; |
| 07. | Nonfeasance: $100,000; |
| 08. | Malfeasance: $100,000; |

**TOTAL = $ 2,875,000.00**
**TWO MILLION EIGHT HUNDRED SEVENTY-FIVE THOUSAND DOLLARS ZERO CENTS**

Fees and billing subject to change; Preferable forms of payment: American Silver Eagle Dollars: "lawful money,"
pursuant Article 1, Section 10, Cl. 1, at the $1 face value of the Silver Dollar, The Coinage Act of 1792 defines the value
of a "Dollar" as a coin containing 371.25 grains of pure silver and will be considered to be 1 oz. united American States
Dollar, unless proven otherwise; Other forms of consideration: Bitcoin; Litecoin; Ethereum; Federal Reserve Notes;

**Non-Negotiable**                                                                                    **PAGE 1 of 2**

Please make payable to TODD WHEELER KELLER™

**Addressed To:**

**TODD WHEELER KELLER™**
**c/o Todd Wheeler Keller**
**800 Exchange Street Road**
**Attica, New York: Nation-state**
**Private Non-Domestic**
**Postal Extension {14011-9998}**

Total due in Thirty (30) days, after 30 days Invoice may be recorded with the County Registrar;
$100.00 per day on all arrears payments; Thank you for your business;
Whoever does Business with My Debtor Becomes My Debtor;
Operating in Peaceful Private International Trade;
Without the Territorial and Municipal "U.S. / U.S.A.," INC.;

By: _Keller, Todd Wheeler_____

**Keller, Todd Wheeler: Settlor and Beneficiary**
**for TODD WHEELER KELLER™**
**Autograph and Seal**

**Certified Invoice: 287PJH**

**NOTARY PUBLIC'S JURAT:**

BEFORE ME, the undersigned authority, a Notary Public, for Wyoming County – New York State, this 8th Day of November 2017, Keller, Todd-Wheeler: a man: Settlor/Beneficiary for TODD WHEELER KELLER™, did appear and was identified, and who does duly attest that the foregoing claim/invoice is true, correct, and complete to the best of his knowledge and belief and will verify in a "court of record" – land jurisdiction;

WITNESS my hand and official, seal: /s/ _Michelle L Tazh_____ SEAL
                                        Notary Public

**Todd-Wheeler: Creditor; Settlor; Executor; Beneficiary and Authorized Agent for TODD WHEELER KELLER™**
**All Rights Reserved ~ Errors and Omissions Excepted ~ Without Recourse ~ Without Prejudice ~ Non-Assumpsit**
**Notice to agent constitutes notice to all principles; notice to principles constitutes notice to all agents**

**Non-Negotiable**                                                         **PAGE 2 of 2**

# order

claim/case number:_____

The Keller Court presents an order to:

Patrick J Healy, a man
c/o united States Courthouse
2 Niagara Square
Buffalo, New York: Nation-state
Private Non-Domestic
Postal Extension { 14202 }

The Keller Court, requires and orders by right, good faith, and good cause, having been shown by declaration, and to further the interest of justice, that Patrick J Healy, a man, honor, and settle, forthwith, Certified Invoice: 287PJH for the unlawful trespass, and continued injury, during her official duties;

It is required and ordered that Patrick J Healy provide, The Keller Court, a certified copy of his Oath of office, and bonding information;

It is required and ordered that Patrick J Healy notify, forthwith, his indemnifiers and file a claim with his indemnifiers, regarding said trespass and continued injury;

By: _____ Date_____
       Magistrate/Justice/Judge

By: _____ Date_____
       Clerk of the Court

Certified as a true copy:

By:_____ Date_____
       Clerk of the Court

By: _Keller, Todd Wheeler_____
       Keller, Todd Wheeler, a man
       Autograph and Seal

Without the "Municipal/ Territorial U.S. / U.S.A.," INC.                    PAGE 1 of 1

# Invoice ~ Verified
## TODD WHEELER KELLER™
### Not All Trespasses or Fees Have Been Listed or Assessed



**Billed To: Jackson, Robert H: man: Debtor**
**c/o 2 Niagara Square**
**Buffalo, New York: Nation-state**
**Continental usa {14202}**

**Certified Invoice: 287RHJ**
**November 8, 2017**

**FOR: Charges under Un-rebutted Agreement; Invoice Dated: September 15; October 3, of 2017; Trespass; Injury;**

---

DESCRIPTION: TRESPASS; INJURY

Administered Property without Rights / Consent  ~  Breach of Oath; Duty; Trust; Good Faith ~

Monopolized Trade-Business-Property  ~  Restrained Trade-Business-Property  ~  Research, Time;

Energy Consumed  ~  Constructive Fraud  ~  Nonfeasance  ~  Malfeasance  ~  Etc.;

| | | |
|---|---|---|
| 01. | Administered Property w/ Rights / Consent: | $2,250,000; |
| 02. | Breach of Oath; Duty; Trust; Good Faith: | $100,000; |
| 03. | Monopolized Trade-Business-Property: | $100,000; |
| 04. | Restrained Trade-Business-Property; | $100,000; |
| 05. | Research, Time; Energy Consumed: | $25,000; |
| 06. | Constructive Fraud: | $100,000; |
| 07. | Nonfeasance: | $100,000; |
| 08. | Malfeasance: | $100,000; |

**TOTAL = $ 2,875,000.00**
**TWO MILLION EIGHT HUNDRED SEVENTY-FIVE THOUSAND DOLLARS ZERO CENTS**

---

**Fees and billing subject to change; Preferable forms of payment: American Silver Eagle Dollars: "lawful money,"
pursuant Article 1, Section 10, Cl. 1, at the $1 face value of the Silver Dollar, The Coinage Act of 1792 defines the value
of a "Dollar" as a coin containing 371.25 grains of pure silver and will be considered to be 1 oz. united American States
Dollar, unless proven otherwise; Other forms of consideration: Bitcoin; Litecoin; Ethereum; Federal Reserve Notes;**

**Non-Negotiable**

**PAGE 1 of 2**

Please make payable to TODD WHEELER KELLER™

Addressed To:

TODD WHEELER KELLER™
c/o Todd Wheeler Keller
800 Exchange Street Road
Attica, New York: Nation-state
Private Non-Domestic
Postal Extension {14011-9998}

Total due in Thirty (30) days, after 30 days Invoice may be recorded with the County Registrar;
$100.00 per day on all arrears payments; Thank you for your business;
Whoever does Business with My Debtor Becomes My Debtor;
Operating in Peaceful Private International Trade;
Without the Territorial and Municipal "U.S. / U.S.A.," INC.;

By: _Keller, Todd Wheeler_____

Keller, Todd Wheeler: Settlor and Beneficiary
for TODD WHEELER KELLER™
Autograph and Seal

Certified Invoice: 287RHJ

NOTARY PUBLIC'S JURAT:

BEFORE ME, the undersigned authority, a Notary Public, for Wyoming County – New York State, this 8th Day of
November 2017, Keller, Todd-Wheeler: a man: Settlor/Beneficiary for TODD WHEELER KELLER™, did appear and
was identified, and who does duly attest that the foregoing claim/invoice is true, correct, and complete to the best of his
knowledge and belief and will verify in a "court of record" – land jurisdiction;

WITNESS my hand and official, seal: /s/ _Michelle L Tougy_____ SEAL
Notary Public

Todd-Wheeler: Creditor; Settlor; Executor; Beneficiary and Authorized Agent for TODD WHEELER KELLER™
All Rights Reserved ~ Errors and Omissions Excepted ~ Without Recourse ~ Without Prejudice ~ Non-Assumpsit
Notice to agent constitutes notice to all principles; notice to principles constitutes notice to all agents

Non-Negotiable

PAGE 2 of 2

# order

claim/case number:_____

The Keller Court presents an order to:

Robert H Jackson, a man
c/o united States Courthouse
2 Niagara Square
Buffalo, New York
Private Non-Domestic
Postal Extension { 14202 }

The Keller Court, requires and orders by right, good faith, and good cause, having been shown by declaration, and to further the interest of justice, that Robert H Jackson, a man, honor, and settle, forthwith, Certified Invoice: 287RHJ for the unlawful trespass, and continued injury, during her official duties;

It is required and ordered that Robert H Jackson provide, The Keller Court, a certified copy of his Oath of office, and bonding information;

It is required and ordered that Robert H Jackson notify, forthwith, his indemnifiers and file a claim with his indemnifiers, regarding said trespass and continued injury;

By:_____ Date_____
        Magistrate/Justice/Judge

By:_____ Date_____
        Clerk of the Court

Certified as a true copy:

By:_____ Date_____
        Clerk of the Court

By: _Keller, Todd Wheeler____
        Keller, Todd Wheeler a man
        Autograph and Seal

Without the "Municipal/ Territorial U.S. / U.S.A.," INC.

PAGE 1 of 1