# Notice and Claim

The <u>Keller Court</u> presents a <u>Notice and Claim of Trespass: Personal Injury</u>;

1. Notice and Claim, Dated December 11th 2017.



*in*
"*federal district court*"
*at*
"UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK"

| | |
|---|---|
| i: a man; § | |
| private prosecutor § | 1:17-CV-1224-LJV |
| _____ § | |
| Loewenguth, Mary C: a woman; wrongdoer: § | |
| d.b.a. CLERK OF COURT; Public Servant; § | |
| Fiduciary-Trustee; Debtor § | |
| and § | |
| Healy, Patrick J: a man; wrongdoer: d.b.a. § | |
| CHIEF DEPUTY CLERK; Public Servant; § | { verified } |
| Fiduciary-Trustee; Debtor; § | |

notice: "*man's right to pursue a claim*"
{ cf. Private Right of Action }

The Keller Court presents notice:

Firstly:   i: the living man, who goes by the copyrighted given/Trade Name ©Todd Wheeler Keller, is the claimant, aggrieved party, and acting private prosecutor regarding this business, attest that my lawful right, and basis to prosecute and move "my case" { which contains my claim of trespass: personal injury } pursuant American common law of man, and the Law of Peace, is that i require, wish and order the use of this venue, as a "court of record" – land and soil jurisdiction, to seat a jury: if needed, in which i prosecute and move "my case" before, to determine and render a verdict, as to what {wo}man has the lawful right to administer, restrain, monopolize and/or interfere with property: trade; business; commerce;

*Secondly:*   i, a man, declare that, my right(s) { property } to pursue a <u>claim</u> { business } without the private and foreign codes, rules, procedures of the Municipal/ Territorial "United States District Court" is being trespassed upon, wrongdoers failure to rebut, with fact and <u>law</u>, under penalty of perjury, is agreement and equitable estoppel;

*Thirdly:*   i, a man, declare that, on September 7, 2017, i presented "my case" { which contained a <u>claim of trespass: personal injury</u>, and notice declaring my right(s) { property }, as man, to pursue and move "my case" } <u>into</u> "federal postal district court," a "court of record": land and soil jurisdiction, <u>at</u> "THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK": international jurisdiction of the sea: an inferior and foreign jurisdiction { Exhibit A };

*Fourthly:*   i, a man, declare that, i received a notice, dated September 13, 2017, by a woman going by the name Mary C Loewenguth and a man going by the name Patrick J Healy { hereinafter wrongdoers }, stating "Your case/ documents will not be filed in the Western District of New York… you have not complied with the Federal Rules of Civil Procedure and/or the Local Rules of this district." { Exhibit B };

*Fifthly:*   i, a man declare that, i presented a second <u>claim</u> and notice, dated September 15, 2017, to be filed <u>into</u> "federal district court," a "court of record" – land and soil jurisdiction { Exhibit C };

*Sixthly:*   i, a man, declare that, in my aforementioned second notice, sent Certified Mail, besides declaring my right(s) to pursue a <u>claim</u>, i required, that any {wo}man wishing to cause me duress, and/or trespass upon { my } property { "trespass upon my Case," viz: business and the exercise of right(s) }, would agree to be held liable, and agree to compensate me one-dollar for every second they wished to trespass; administer; interfere with; restrain, etc. upon { my } property, thereby, agreeing to settle any certified invoice billed to them { Exhibit C };

Seventhly: i, a man, declare that, i received a second notice from said wrongdoers, dated September 28, 2017, stating again, my case would not be filed "in the Western District of New York" { Exhibit B };

Eighthly: i, a man declare that, as man NOT domiciled in the "Western District of New York," the "United States," its territories or municipalities, i am NOT required, nor do i wish/consent to use the private, foreign and copyrighted codes, rules, procedures, etc. of said foreign "district," said wrongdoer's failure to rebut, with fact and law, under penalty of perjury, is agreement and equitable estoppel;

Ninthly: i, a man declare that, said wrongdoers have repeatedly { without right(s)/ consent } administered; interfered with; restrained and monopolized { my } property { the exercise of right(s); trade; business; commerce: a "trespass upon my Case" and i: man } by failing and/or refusing to allow me redress in "federal district court," a "court of record": land and soil jurisdiction, without the use of private, foreign copyrighted codes, rules and procedures of the Municipal/ Territorial "United States District Court": International jurisdiction of the sea, said wrongdoer's failure to rebut, with fact and law, under penalty of perjury, is agreement and equitable estoppel;

Tenthly: i, a man, declare that, NO code, rule, procedure, statute, Federated State of State statute, Public Policy, etc. of the Municipal/ Territorial "United States District Court" can be enforced upon i: a man, nor can they be enforced upon any of the Constitutional Union-states, viz: the land i and my property are domiciled on, said wrongdoer's failure to rebut, with fact and law, under penalty of perjury, is agreement and equitable estoppel;

Eleventhly: i, a man, declare that, there is a no law that prohibits Todd Wheeler Keller: man, from moving "my case" into a "court of record": land and soil jurisdiction, without the use of codes, rules, procedures, etc. of said "U.S. District Court," said wrongdoer's failure to rebut, with fact and law, under penalty of perjury, is agreement and equitable estoppel;

| | |
|---|---|
| *Twelfthly:* | i, a man declare that, any {wo}man wishing to coerce me to move "my case" under any code, rule, procedure, etc. of the "United States," Inc. district, court, its franchises or otherwise, is causing me duress and <u>personal injury</u> and agrees to compensate me one-dollar a second { viz: moment in Time } for this or ANY other <u>personal injury</u>; |
| *Thirteenthly:* | i, a man, declare that, i have a right(s) to move and prosecute "my case" { which contains <u>my claim of trespass: personal injury</u> } <u>into</u> "federal district court," a "court of record": land and soil jurisdiction, <u>at</u> a public courthouse { venue }, without the interference or restraint of {wo}man; codes; rules, etc., wrongdoer's failure to rebut, with fact and <u>law</u>, under penalty of perjury, is agreement and equitable estoppel; |
| *Fourteenthly:* | The public courthouse, in where "my case" lies, is also known as a federal district court; |
| | The federal district court is at a location also referred to as: |
| | • "Robert H. Jackson United States Courthouse" |
| | • "THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK" |
| | • "The district court of the united States"; |
| *Fifteenthly:* | The Name of the public court house varies but, at all times "my case" lies <u>"in Federal Court"</u>; |
| *Sixteenthly:* | i, a man, require and wish for "my case" { which contains <u>my claim of trespass: personal injury</u>, see P.g 7 & 8 } to be filed on the American common law side of the court, pursuant a "court of record": land and soil jurisdiction, and the Law of Peace and is to be administered on the private side = lawful side = man and NOT the public side = legal side = legal "PERSON"; |

| | |
|---|---|
| Seventeenthly: | i, a man, declare that no {wo}man, dba a public servant; fiduciary-trustee; employee, etc. of court, has the right or my consent to administer; interfere with; restrain; monopolize, etc. { my } property: right(s); trade; business; commerce in a injurious capacity, anyone who wishes to do so agrees to compensate me one-dollar for every second { viz: moment in Time } of ANY trespass: personal injury { Notice of Liability }; |
| Eighteenthly: | In the event, my orders and invoices are not settled, on the private lawful side and in a timely manner, i will then require and wish a "trial by jury" { Bill of Rights, Amendments/ Articles: 7; 9; 10 } be convened; |
| Nineteenthly: | i, a man, take notice of the Oath of office of any {wo}man administering my property: right(s); business; commerce, etc. and gives Notice of Liability { see Seventeenthly }; |
| Twentiethly: | Robert H. Jackson is to be removed from said claim; |
| Twenty-firstly: | i, a man, require and wish that, the court take notice and address me and "my case" by the proper appellation of my given/ Trade Name: Todd Wheeler Keller and/or The Keller Court; |
| Twenty-secondly: | BE ADVISED: When addressing the living man: a birthright American state national as myself, of the continental united American States, specifically the Union-state known as new york – land/soil jurisdiction, in the foreign jurisdiction of the Federal "United States" or that of a "Federal State," and deliberately confuse a living man with corporate franchises merely named after them you commit unlawful conversion, personage, fraud, etc.; this results in press-ganging land assets into the international jurisdiction of the sea, a crime outlawed world-wide for 200 years; it is a    recognized act of inland piracy and it carries the Death Penalty; |

        *Mischaracterizing the identity or citizenship status of a living American state national of the continental united American States is also an international war crime under the Geneva Protocols of 1949, Volume II, Article 3. It also carries the Death Penalty;*

Twenty-thirdly:    *i, a man, by my will, move "my case" through this "federal district court" by way of rights secured and protected to a man by the organic Bill of Rights and the organic united States Constitution, Amendments/ Articles: 7; 9; 10 and pursuant the American common law of the land and man;*

Twenty-fourthly:    *i, say here, to the best of my knowledge and belief, and will verify, in an open "court of record" – land/soil jurisdiction, that all herein be true;*

*Done this 11th Day of December 2017;*



                                                      By: *Todd Wheeler Keller*
                                                              *Todd Wheeler Keller*
                                                              *Autograph and Seal*

*Without the Municipal/ Territorial United States, Inc.*

*in*

*"federal district court"*

*at*

*"UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF NEW YORK"*

| | | |
|---|---|---|
| *a man: Todd Wheeler Keller;* | § | *declaration of wrong: trespass;* |
| *private prosecutor;* | § | {*administered; restrained; monopolized* |
| _____ | § | *property-business without rights/consent*} |
| | § | |
| *Loewenguth, Mary C: a woman; wrongdoer:* | § | *Nature of case: claim* |
| *d.b.a. CLERK OF COURT; Public Servant;* | § | { *personal injury* } |
| *Fiduciary-Trustee; Debtor* | § | |
| *and* | § | 1:17-CV-1224-LJV |
| *Healy, Patrick J: a man; wrongdoer: d.b.a.* | § | |
| *CHIEF DEPUTY CLERK; Public Servant;* | § | |
| *Fiduciary-Trustee; Debtor* | § | |
| *and* | § | |
| *Other Wrongdoers: Federal Fiduciary-Trustees-* | § | { *verified claim* } |
| *Employees; Public Servants; Actors; Persons;* | § | |
| *men; women; John Doe(s)/JOHN DOE(s) 1-10;* | § | |

<u>*i, require; wish and order: redress; a magistrate; "court of record"; "trial by jury";*</u>

<u>*Blackstone Commentary Volume 3, Chapter 23, § 378;*</u>
<u>*The 1787 united American States Constitution: Article: 3, & Article 6, cl. 2; 3;*</u>
<u>*The 1791 united American States bill of rights: Articles: 5; 7; 9;*</u>
<u>*The 1846 New York State Constitution: Article: 1, §§ 2; 6 & Articles: 6, § 3;*</u>

- i, a man, the aggrieved party, claim that;

- the said wrongdoer(s) trespass upon property;

- the commencement of the wrong and injury began September 7, 2017, and continues to this day;

- the said wrongdoer(s) trespass comes by way of administering, restraining, monopolizing property-business;

- the trespass did, does and continues to injure property-business;

- i, require, wish and order compensation for the initial and continual trespass and injury upon property-business;

- compensation due: Two million eight hundred seventy-five thousand dollars: { Exhibit D } { $2, 875, 000, 00 } each;

i: a man, verify on my own full commercial liability that i have read the above-verified declaration of facts, and to the best of my knowledge, and belief do know the contents, to be true, correct and complete, and not misleading, and do believe that the above-described trespass and injury have been committed contrary to law, i say here, and will verify in an open "court of record" – land/soil jurisdiction, that all herein be true;

Done this 11th Day of December 2017;



By: ___Todd Wheeler Keller___
Todd Wheeler Keller
Autograph and Seal

Without the Municipal/ Territorial United States, Inc.

TODD WHEELER KELLER ™
c/o Todd-Wheeler: Keller
800 Exchange Street Road
Attica, New York: Nation-state
Private Non-domestic
Postal Extension {14011-9998}

Mary Loewenguth & Patrick Healy
C/O United States Courthouse
2 Niagara Square
Buffalo, New York
Private Non-Domestic
Postal Extension {14202}



USDC - WDNY
DEC 20 2017
BUFFALO



1000    14202





U.S. POSTAGE
PAID
ATTICA, NY
14011
DEC 18, 17
AMOUNT
$1.61
R2305M145409-12