

# N O T I C E

June 7, 2018

Notice to Agent is Notice to Principles; Notice to Principles is Notice to Agents:

Lawrence J. Vilardo: a man, d.b.a.
"LAWRENCE J. VILARDO, JUDGE"
c/o Federal Court
2 Niagara Square
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

Mary C. Loewenguth: a woman, d.b.a.
"MARY C. LOEWENGUTH, CLERK OF COURT"
c/o Federal Court
2 Niagara Square
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

Patrick J. Healy: a man, d.b.a.
"PATRICK J. HEALY, CHIEF DEPUTY CLERK"
c/o Federal Court
2 Niagara Square
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

Michael S. Cerrone: a man, d.b.a.
"MICHAEL S. CERRONE, ASSISTANT U.S. ATTORNEY"
c/o 138 Delaware Avenue
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

James P. Kennedy, Jr.: a man, d.b.a.
"JAMES P. KENNEDY, JR., U.S. ATTORNEY"
c/o 138 Delaware Avenue
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

AND OTHER WRONGDOERS, UNKNOWN AT THIS TIME, JOHN DOE/ John Doe 1-10

# RE: TRESPASS UPON PROPERTY; WITHOUT RIGHTS; CONSENT; AUTHORITY; JURISDICTION; CAUSING PERSONAL INJURY AND LOSS
## [1:17-CV-1224-LJV]

i: the aggrieved living man, who goes by the lawful given Trade Name: Todd Wheeler Keller©: a private American state national and Native New Yorker [*viz.*, Non-Federal 'United States' citizen; resident; person; enemy combatant], living upon the soil and land of New York: Union-state [Unincorporated], the undersigned of lawful age, of sound mind and in good health, free of all duress or improper consideration, who claims all birthright, hereby claims, attest and gives notice that:

This letter is lawful notification to you, the aforementioned men and women of this Notice and Claim, pursuant to The organic Constitution 1787, in particular, Article 1 § 10, cl. 1; Article 6 cl. 2; 3, and other documents in place to secure and protect a man's property and person, viz., The organic 1791 Bill of Rights, in particular Article 1, 5, 7, and 9, and The Third Constitution of New York, 1846 [Unincorporated], in particular, Article I §§ 1, 2, 6, 7, 8, 10, 13, 17, and pursuant to your Oath of Office [in The united States of America [Unincorporated] you are required to be bound by Oath or Affirmation to support and defend the organic Constitution and the supreme Law of the Land: American common law, pursuant to Article 6 of The organic 1787 Constitution], along with criminal and civil laws and requires your written response to me specific to the subject matter;

Your failure to respond, within 10 days, as stipulated, and rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with an admission to the fact that everything in this Notice and Claim is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence, see:

"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." [U.S. v. Tweel, 550 F.2d. 297];

Notification of legal responsibility is "the first essential of due process of law." [Connally v. General Construction Co., 269 U.S. 385, 391];

"That to secure these rights, governments [*not corporations acting as government*] are instituted among men [*not 'persons'*], deriving their just powers from the **consent of the governed**." [Declaration of Independence] [**Emphasis added**]

i, a man, claim and attest that:

01.     It is a fact that i, a man: Todd Wheeler Keller©, am a Real Party in Interest, Third Party Interest Intervenor under Injury, Third Party Civilian Non-Combatant, Sole Shareholder in TODD WHEELER KELLER©™, Settlor and Beneficiary of TODD WHEELER KELLER©™ 104600589;

02.     It is a fact that i am owed the Law of Peace, pursuant to International Law, Volume 1, Pamphlet 27-161-1 from the War Department/ Department of the Army;

03.     It is a fact that the aforementioned men and women have refused i the right to the Law of Peace;

04.     **NOTICE OF NON-ASSUMPSIT**: It is a fact that i: a man, have revoked any and all presumed; implied; expressed; undisclosed; unconscionable; detrimental; adhesion contracts or benefits, effective with my nativity March 26, 1967; any and all evidence to the contrary is rebutted and to be considered false and misleading;

05.     It is a fact that i **have not** granted any power of attorney or other similar instruments to any person or government or any agent thereof and no governmental agency has power of attorney over i or my property;

    a.     **Property: all** which i claim is proper to my person **exclusive** to all others within society. [viz., rights; names; copyrights; person; business; claims; estates; trusts, etc.];

06.     It is a fact that i, a man, live and am domiciled upon the land and soil of my native birth state: New York: a **non-federal, non-territorial** Union-state [Unincorporated], belonging to The United States of America [Unincorporated] and The American People thereof;

07.     It is a fact that **i have never consented** to live or be domiciled within a Federal State/ Zone or foreign jurisdiction, pursuant to an 'Act of Congress' or otherwise;

08.     It is a fact that **i have never consented** to being a Territorial/ Municipal Federal 'United States' citizen; resident; person or enemy combatant or 'citizen of the United States' or British Citizen/ Subject pursuant to an Act of Congress or otherwise;

09.     It is a fact that i **do not consent** to or recognize or function under an Act of Congress;

10.     It is a fact that i, **do not consent** to private international jurisdiction/ 'law' of the sea or private municipal 'law' or martial/ military common 'law' or military/ administrative tribunals;

    *cf.*     In 1866 Supreme Court in Milligan Ex Parte handed down a decision that said, "Wherever the American Common Law courts are operating it is unconscionable and unnecessary for there to be any form of military law exercised and any such courts must be shut down";

11.     It is a fact that the aforementioned men and women **did not and do not have my consent** to administer, restrain, monopolize or interfere with property pursuant to a foreign language [viz., legalese] or private and foreign international jurisdiction/ law of the sea or under an Act of Congress or otherwise;

12. It is a fact that the aforementioned men and women administer, restrain, monopolize and interfere with property, without rights or my consent by way of a foreign language; private and foreign international jurisdiction and law and Acts of Congress;

13. It is a fact that i only seek remedy and justice in accordance with the 'American common law,' via a 'court of record' on the Land and Soil of my native state of the Union;

14. It is a fact that any man or woman attempting to administer, restrain, monopolize, or interfere with [my] property against my wishes and benefit is considered willful 'trespass upon property' and agrees to bear full commercial liability and penalties for the said trespass;

15. It is a fact that on September 7, 2017, i entered, by hand, a 'claim of trespass' into 'Federal Court,' **a court of record, at** a place referred to as "UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK," **not a court of record,** located upon New York State, a **non-federal**, **non-territorial** Union-state [Unincorporated], land and soil jurisdiction, belonging to The united states of America [Unincorporated], land & soil jurisdiction and The People thereof;

It is a fact that:

 a.  'Federal Court' is to convene **at**, a *public courthouse* [venue];

 b.  The public courthouse, in where 'my claim' was entered and lied, is known as a *federal district court;*

 c.  The *federal district court* is **at** a location referred to as:

  &bull;  "UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK": a Territorial Court of international jurisdiction and law of the sea, and is **not** a court of record;

 d.  'Federal Court' **is** a 'court of record' [25 C.J. Vol., Federal Court § 344];

 e.  A 'court of record' is a judicial tribunal; the magistrate is independent of the tribunal; acts in accordance with the common law [*cf*. Black's Law Dictionary, 4th Ed.; Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.];

 f.  Suits in common law, the right of a trial by jury shall be preserved [Seventh Amendment];

 g.  The jury can take upon themselves and determine, at their own hazard, the questions of fact and law; [*cf*. Littleton § 386; Bl. Comm. § 378];

16. It is a fact that i received a Notice from Mary C. Loewenguth: a woman, d.b.a. "MARY C. LOEWENGUTH, CLERK OF COURT" and Patrick J. Healy: a man, d.b.a. "PATRICK J. HEALY, CHIEF DEPUTY CLERK" [*hereinafter referred to as wrongdoer(s)*] stating: "Your case/ documents will not be filed in the Western District of New York . . . you have not complied with the Federal Rules of Civil Procedure and/or Local Rules of this district.";

i resubmitted 'my claim' [*with a Notice claiming any interference with my claim and/or property, would be considered 'trespass upon the Case/ Property' and those responsible would agree to bear full commercial liability and penalties*]

i again received a second Notice, refusing, again, to file my claim in accordance with a court of record;

17.  It is a fact that the said wrongdoer(s), and others unknown at this time, for the second time, refused i the right to access a court of record, by claiming: ". . . . you have not complied with the Federal Rules of Civil Procedure and/or Local Rules of this district.", Thereby agreeing to settle any invoice billed to them;

18.  It is a fact that the said wrongdoer(s) and 'United States' [corporation] doing business as 'United States Government,' Dunn and Bradstreet #052714196, and "UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK," are required to be in possession of a contract or other commercial agreement, which compels i, and/or my 'PERSON' to comply with **their** Federal or Local rules of the **their** 'district,' as stated in the Clearfield Doctrine;

*cf.*   **CLEARFIELD DOCTRINE:**
**"Governments descend to the level of a mere private corporation and take on the characteristics of a mere private citizen. This entity cannot compel performance upon its corporate statute or rules unless it, like any other corporation or person is the holder-in-due-course of some contract or commercial agreement between it and the one upon whom the payment and performance are made and are willing to produce said documents and place the same evidence before trying to enforce its demands called statutes." For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."** [Clearfield Trust Co. v. United States 318 US. 363-371 (1942)**] [Emphasis added]**;

**NOTE: Under the Clearfield Doctrine, the courts are no longer government entities in that they are demanding private monies and must have a contract with you to compel performance. They are no more special as a normal business than your local Jack In The Box;**

*cf.*   **"When governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation"** -- [U.S. v. Burr, 309 U.S. 242 See 22 U.S.C.A.286e, Bank of U.S. vs. Planters Bank of Georgia, 6L, Ed. (9 Wheat) 244; 22 U.S.C.A. 286 et seq., C.R.S. 11-60-103] [**Emphasis added**];

19.  It is a fact that the said wrongdoer(s) **do not** have a contract or commercial agreement which compels i or my PERSON to some 'specific performance' such as compelling i, or my PERSON to follow 'Federal Rules of Civil Procedure' or 'Local Rules' of **their** 'district';

**NOTE**: The Clearfield decision cited also says clearly that courts are administrative tribunals but falls short of saying which courts, it should say 'federal courts and federal franchise state of state and county courts' are administrative tribunals. This does **not** refer to 'courts of record' upon the Land and Soil of the states of the Union, where i and property are located;

It is a fact that:

a.     The said wrongdoer[s] trespass upon property;

b.     The said wrongdoer(s) trespass comes by way of administering; restraining; monopolizing and interfering with property;

c.     The trespass did and does personal injury to property;

d.     The commencement of the wrong and injury began on or about September 7, 2017;

e.     The wrong and injury continues to this day: June 25, 2018;

f.     i, require compensation of 'two-dollars in silver' a minute [*viz., a moment in Time*] for the initial and continual trespass upon property;

g.     Compensation due: to be calculated;

20.    It is a fact that on November 21, 2017, i filed a claim [*viz.,'trespass upon the Case/ Property': a claim of personal injury and loss*] [*cf. Index No. I 2017-160*] [*hereinafter referred to as 'my claim'*];

21.    It is a fact that my claim was filed upon the land and soil of New York State: a **non-federal, non-territorial** Union-state [Unincorporated], belonging to The United States of America  [Unincorporated] – land and soil jurisdiction and The American People thereof;

       This is in fact a separate and foreign jurisdiction in relation to the Federal Territorial/ Municipal United States [corporation] and its Territorial/ Municipal franchises known as 'State of New York' or 'STATE OF NEW YORK' [operating in bankruptcy]. The United States and its franchises operate in/ on the international jurisdiction of the sea, as military/ administrative tribunals, under private and foreign law, i.e. private municipal law or martial/ military common law, etc.;

22.    It is a fact that my claim was entered into New York State Supreme Court, Erie County, a **non-federal, non-territorial** American common law court of record [Unincorporated] – land and soil jurisdiction;

       A right <u>secured and protected to a man</u>' by The Third Constitution of New York 1846 [Unincorporated], in particular, Article I §§ 1, 2, 6, 8, 10, 13, 17; as well as The organic 1787 States of America Constitution and 1791 Bill of Rights;

       ALTHOUGH, In the words of Judge Anna Von Reitz, Alaska State Superior Court Judge – Judge of the actual Alaska State, one of the Several States of the Continental United States:

a.     "ALMOST ALL THE COURTS IN THIS COUNTRY ARE "FEDERAL." They are either outright and obvious federal courts in the sense of US District Courts, or they are federated 'state' and "county" courts---- federal courts being run "as" state and county courts.

How is this possible? As I have said before and again, in the 1960's the states and counties then- operating were seduced by the lure of federal kick-backs euphemistically known as "Federal Revenue Sharing" and "Federal Block Grants" into incorporating themselves as federal corporations.

So even though it is called "The State of Wyoming Superior Court" or "The Clark County Court" what you are really dealing with is a federal franchise operation, just like a Burger King or Dairy Queen franchise, presided over by a District of Columbia Municipality Judge or Magistrate. The correct description of all these courts is federal courts, federated state court, and federated county courts because they are all federal corporation franchise operations and they are all operating under international law of the sea, not law of the land at all."
http://annavonreitz.com/specialtreatvideo.pdf
http://annavonreitz.com/judgeanna.pdf

Although this has been going on for decades, through the use of kickbacks and the 'Buck Act,' it is a fact that this is a 'trespass upon property' and i require compensation for this trespass;

23. It is a fact that my claim states that Mary C. Loewenguth: a woman, d.b.a. "MARY C. LOEWENGUTH, CLERK OF COURT" and Patrick J. Healy: a man, d.b.a. "PATRICK J. HEALY, CHIEF DEPUTY CLERK" [*hereinafter referred to as wrongdoer(s)*] trespass upon property;

24. LET ME BE VERY CLEAR: **It is a fact that at no time did my claim refer to 'Federal officers' [viz., private artificial federally-chartered entities]. My claim [hereinafter referred to as property] was filed against living breathing men and women, who did and continues to trespass upon property, and it was filed upon the land and soil of a non-federal, non-territorial Union-state [Unincorporated], and entered into an American common law court of record [Unincorporated], on the common law side of the court – land and soil jurisdiction owed to The American People by birthright;**

25. It is a fact that on or about November 27, 2017, the said wrongdoer(s) along with Michael S. Cerrone: a man, d.b.a. "MICHAEL S. CERRONE, ASSISTANT U.S. ATTORNEY" and James P. Kennedy, Jr.: a man, d.b.a. "JAMES P. KENNEDY, JR., U.S. ATTORNEY" [*hereinafter referred to as wrongdoer(s)*] conspired to highjack, administer, interfere with and remove the said property from a **non-federal, non-territorial** state of the Union American common law court of record;

26. It is a fact that the said wrongdoer(s) succeeded in highjacking, administering, interfering with and removing the said property from a **non-federal, non-territorial** state of the Union American common law court of record;

27. It is a fact that the said wrongdoer(s) actions were without my consent and without legal and lawful authority and outside the **'jurisdiction of the United States' Territorial limits, '(not to exceed ten Miles square)' of the Washington 'District;**

It is a fact that:

a.      The said wrongdoer[s] trespass upon property;

b.      The trespass did and does personal injury to property;

c.      The commencement of the wrong and injury began on or about November 27, 2017;

d.      The wrong and injury continues to this day: June 25, 2018;

e.      i, require compensation of two-dollars in silver a minute for the initial and continual trespass upon property;

f.      Compensation due: to be calculated;

28.    It is a fact that the said wrongdoer(s) conspired to highjack, administer and interfere with the said property by way of its use of a foreign language, i believe it is called 'legalese';

29.    It is a fact that the said wrongdoer(s) also used this foreign language in an attempt to communicate to i, a man;

30.    It is a fact that there is no **Law** in which i, subscribe to, which compels me to accept; translate; decipher, or make use my limited and valuable time, energy and resources upon documents garbled in legalese;

It is a fact that:

a.      The said wrongdoer[s] trespass upon property;

b.      The said wrongdoer(s) trespass comes by way of their use of a foreign language;

c.      The trespass did and does personal injury to property;

d.      The commencement of the wrong and injury began on or about November 27, 2017;

e.      The wrong and injury continues to this day: June 25, 2018;

f.      i, require compensation of two-dollars in silver a minute for the initial and continual trespass upon property;

h.      Compensation due: to be calculated;

31.    It is a fact that the said wrongdoer(s) conspired to highjack, administer and interfere with the said property by way of its use of 'United States Code';

It is a fact that 4 U.S.C. § 72 clearly mandates that all offices of government are restricted to 'the District of Columbia, and not elsewhere' unless Congress 'expressly' extends their granted authority to other geographical areas by 'United States law';

a. **"ALL offices** attached to the seat of government **shall be exercised in the District of Columbia**, and **not elsewhere**, except as otherwise **expressly** provided by law" 4 U.S.C. § 72 [**Emphasis added**];

In the words of Judge Anna von Reitz – Judge of the actual Alaska State, one of the Several States of the Continental United State of America:

a. As of April 17, 2015, they [IMF operating as the UNITED STATES, INC.] failed to make their payments and are technically bankrupt, too. This organization 'released' all state law and offices and **repealed all Fifty Titles of Federal Code** with respect to their operations save one – Title 50. They have been operating under martial law ever since. Those still using it are doing so under false presumptions – both on and off the Bench. http://annavonreitz.com/folksthinkaboutwhatyouaredoing.pdf;

It is a fact that:

a. The said wrongdoer[s] trespass upon property;

b. The said wrongdoer(s) trespass comes by way of their use of 'United States Code';

c. The trespass did and does personal injury to property;

d. The commencement of the wrong and injury began on or about November 27, 2017;

e. The wrong and injury continues to this day: June 25, 2018;

f. i require compensation of two-dollars in silver a minute for the initial and continual trespass upon property;

g. Compensation due: to be calculated;

32. It is a fact that the said wrongdoer(s) conspired to highjack, administer and interfere with the said property by way of its use of 28 U.S.C.;

a. "**A statute will not be construed as taking away a common-law right existing at the date of its enactment, unless that result is imperatively required**." [Texas & Pacific R. Co. v. Abilene Cotton Oil Co., 204 U.S. 426, 27 S.Ct. 350, 354, 51 L.Ed. 553, 9 Ann. Cas. 1075.] [**Emphasis added**];

b. 28 U.S.C. §1 442 – Federal officers or agencies sued or prosecuted:

(a) A civil action or criminal prosecution that is commenced in a State court [**viz., a 'territorial franchise court'**] and that is against or directed to any of the following may [**viz., in the future, it might**] be removed by them to the district court of the United States [**viz. a territorial franchise court**] for the district and division embracing the place wherein it is pending;

c. 1 U.S.C. § 1 – Words denoting number, gender, and so forth: the words 'person' and 'whoever' include [**viz., is limited to**] corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals;

d. 'officers' includes [**viz., is limited to**] any person authorized by law to perform the duties of the office;

e. **Individual**: (a) In determining the meaning of any Act of Congress, or of any ruling, regulation, or interpretation of the various administrative bureaus and agencies of the United States, the words 'person,' 'human being,' 'child,' and 'individual,' shall [**viz., sometime in the future it might be, but NOT right now**] include [**viz., is limited to**] every infant member of the species homo sapiens who is born alive at any stage of development;

f. **Individual**.  As a noun, this term denotes a single person as distinguished from a group or class, and also, very commonly, a private or natural person as distinguished from a partnership, corporation, or association; **but it is said that this restrictive signification is not necessarily inherent in the word and that it may, in proper cases, include [viz., is limited to] artificial persons.** [Black's Law Dictionary, Sixth Edition, on page 773] [**Emphasis added**];

So it appears that in the context of 'Federal Code' and/or Acts of Congress are concerned a 'person,' 'officer,' and 'individual' are synonymous and ONLY include [viz., is limited to]:

An artificial federally-chartered entity, meaning a federal (but not state) chartered corporation or partnership or trust. Such an entity is a 'citizen of the United States' because it must have a physical presence in the District of Columbia to be subject to the exclusive legislative or territorial jurisdiction of the United States under Article 1, Section 8, Clause 17 of the U.S. Constitution. This 'individual' is **not** a natural person and/or a living breathing man or woman who trespass upon property;

g. 28 U.S.C. § 1442(d)(6): **STATE COURT**: (6) The term "State court" [**viz., a territorial franchise court**] includes [**viz., is limited to**] the Superior Court of the District of Columbia, a court [**viz., a territorial franchise court**] of a United States [**viz., a corporation located in the District of Columbia**] territory [**viz., a foreign corporation/ 'person'**] or insular possession, and a tribal court;

h. 4 U.S.C. § 110 – Same; definitions (d) The term "State" includes [**viz., is limited to**] Territory or possessions of the United States.;

i. "State" defined in 18 State 3140: The word "State," when used in this Title, shall be construed to include [*viz., is limited to*] the Territories and the District of Columbia, where such construction is necessary to carry out its provisions. 30 June 1864, c. 173, s 182, v. 13. p.306;

j. 1864 – the "acting Congress" passed an Act changing the meaning of "state, States and United States" to mean "the territories and District of Columbia". 13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864. This Act has not been repealed.;

k.     'US Territories' ---- portions of the United States that are not within the limits of any state and have not been admitted as states. Includes [**viz., is limited to**] all federal installations – military bases, docks, courthouses, etc.;

28 U.S.C. does not give the said wrongdoer(s) the right, authority or jurisdiction to remove property from a **non-federal, non-territorial** state of the Union 'American common law court of record';

Wrongdoer(s) along with Lawrence J. Vilardo: a man, d.b.a. "LAWRENCE J. VILARDO, JUDGE" [*hereinafter referred to as wrongdoer(s)*] representing the 'Territorial Courts' [franchises] and the Territorial/ Municipal 'United States' [corporation] doing business as 'United States Government,' Dunn and Bradstreet #052714196 and/or 'United States Department of Justice (DOJ),' Dunn and Bradstreet #011669674, did and continues to knowingly and willfully exercise their limited authority outside the **'jurisdiction of the United States' Territorial limits, '(not to exceed ten Miles square)' of the Washington 'District' in clear violation of their authority and 'Territorial laws'**;

It is a fact that:

a.     The said wrongdoer[s] trespass upon property;

b.     The said wrongdoer(s) trespass comes by way of their use of 'United States Code';

c.     The trespass did and does personal injury to property;

d.     The commencement of the wrong and injury began on or about November 27, 2017;

e.     The wrong and injury continues to this day: June 25, 2018;

f.     i, require compensation of two-dollars in silver a minute for the initial and continual trespass upon property;

g.     Compensation due: to be calculated;

33.     In a letter dated May 25, 2018, the said wrongdoer(s): Lawrence J. Vilardo: a man and Mary C. Loewenguth: a woman, attempted to communicate to i, a man, in a foreign language, and it appears that the said wrongdoer(s) have relinquished their control over property;

34.     If in fact United States Code is still in effect and my property had been within the **'jurisdiction of the United States' Territorial limits, '(not to exceed ten Miles square)' of the Washington 'District,'** then the said wrongdoer(s) would clearly be in violation of but not limited to the following codes:

a.     **18 U.S.C. § 241 Conspiracy against rights**;
b.     **18 U.S.C. § 242 Deprivation of Rights Under Color of Law**;
c.     **28 U.S.C. § 455 – Disqualification of justice, judge, or magistrate judge**;
d.     **5 U.S.C. § 702 – Right of review**;

35.    It is a fact that the said wrongdoer(s) trespass upon my copyright;

36.    It is a fact that the said wrongdoer(s) committed the crime of kidnapping and press-ganging [*viz., kidnapped and press-ganged i, a man, and my American land asset: TODD WHEELER KELLER©™, into the international and foreign jurisdiction of the sea*];

37.    It is a fact that the said wrongdoer(s) committed the commercial crime of 'personage' [*viz., a form of identity theft and involves deliberately confusing a living man with an [assumed incorporated] entity: TODD WHEELER KELLER©™: ESTATE-Trust [viz., an Unincorporated American land asset: property*];

38.    It is a fact that in a Notice, dated May 30, 2018, Certified Mail # 7017 1450 0000 4393 5823, i required that the said wrongdoer: Mary C. Loewenguth: a woman, send me an authenticated, certified and complete copy of the Case file regarding: [CASE 1:17-cv-01224-LJV];

39.    It is a fact that on June 22, 2018, i received a letter back regarding my requirement for authenticated and certified copies of the case file: [CASE 1:17-cv-01224-LJV] and in that letter, the said wrongdoer: Mary C. Loewenguth: a woman, is requesting i pay the said wrongdoer $193 before the release of the said required authenticated and certified copies of the case file;

40.    It is a fact that **i do not consent to pay your requested extortion fee** of $193 for the said required authenticated and certified copies, **but** instead, i require **everything** regarding [CASE 1:17-cv-01224- LJV] authenticated, certified and delivered to i without cost by discharging the debt pursuant to Public Law;

41.    It is a fact that in the event the said wrongdoer: Mary C. Loewenguth: a woman, refuses to discharge the debt of $193 for the said copies, and deliver them to i, the said wrongdoer is thereby committing extortion and refusing to discharge the debt pursuant to but not limited to:

*73RD CONGRESS. SESS1. CHS. 48 49. JUNE 5, 6,1933 HJR 192 HR 1491 PUBLIC LAW 1 48 STAT 1PUBLIC LAW10 CHAPTER 48 STAT 112 PUBLIC LAW 73-10 40 STAT 411 TRADING WITH THE ENEMY ACT (TWEA) OCT 6, 1917, etc.;*

42.    It is a fact the said wrongdoer(s) are in breach of their Oath of Office and fiduciary/trustee duties:

## MEMORANDUM OF LAW

As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer. Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government and whatever be their private vocations, are trustees of the people, and accordingly labor under every disability and prohibition imposed by law on trustees relative to making of personal financial gain from a discharge of their trusts.

That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves, and owes a fiduciary duty to the public. It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.

Furthermore, It has been stated that any enterprise undertaken by the public official which tends to weaken the public confidence and undermine the sense of security for individual rights is against public policy, (63C Am. Jur. 2d, Public Officers and Employees, 247);

Fraud in its common law sense of deceit-and this is one of the meanings that fraud bears [483 U.S. 372] in the statute, see United States v. Dial, 757 F.2d 163, 168 (7th Cir. 1985) - includes the concealment of information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him and if he deliberately conceals information from them, he is guilty of fraud. McNally v. United States 483 U.S., 350 (1987);

## Treatise On Conspiracy

A person is a party to conspiracy if the party intentionally misleads either private parties or authorities. A conspirator need not do anything directly resulting in harm, also known as the vicarious liability rule of conspiracy. Each member of a conspiracy is criminally responsible for all crimes committed by his co-conspirators or even innocent agents of conspirators if the member of the conspiracy does any act to further the object of the conspiracy. Under laws relating to conspiracy, a lone perpetrator of wrong could not have accomplished the wrong by themselves. Any party who deliberately sets in motion a chain of events that he knows will cause a third party, even if an innocent agent, to commit an act, the conspirator is criminally responsible for that act. In law, to cause means to bring into existence as in to bring into existence a criminal act, which would not have happened absent the progenitor of the chain of events.

The doctrine of innocent agent allows a defendant who is not present at the commission of a crime to be convicted as a principal in the first degree if the defendant engaged in actions which caused or enabled the actual perpetrator to commit the crime as an innocent agent of the defendant. An innocent agent who is not the offender of law is just as guilty as if the innocent agent had done the act; the innocent agent is deemed to be constructively present.

It is not a defense for the innocent agent to claim want of proof that the principal wanted the innocent agent to commit a crime; it is only necessary to show that the innocent agent was part of a pattern of acts which caused the innocent agent to commit a crime. See 18 U.S.C. § 2(b) providing: Whoever willfully causes an act to be done which if directly performed by him would be an offense against the United States is punishable as a principal. A conspirator cannot claim immunity form criminal acts by causing a third party to do the criminal act.

Apart from the vicarious liability rule of conspiracy there is a separate and independent companion legal theory of criminal responsibility which imputes guilt to a non-perpetrator - aiding an abetting.

It is a fact that:

a.    The said wrongdoer[s] trespass upon property;

b.    The said wrongdoer(s) trespass comes by way of their administering, restraining and interfering with property, breach of fiduciary duty and oath;

c.    The trespass did and does personal injury to property;

d.    The commencement of the wrong and injury began on or about September 7, 2017;

e.    The wrong and injury continues to this day: June 25, 2018;

f.    i require compensation of two-dollars in silver a minute for the initial and continual trespass upon property;

g.    Compensation due: to be calculated;

43.    i, a man declare that, any interference of; or with the enjoyment of [my] property [the exercise of right(s)] or in the restraint of and/or monopolizing [my] trade, business, etc. by any man or woman doing business as a qualified Employee, Officer, Fiduciary-Trustee, PERSONS, etc. of court, regarding this or any business matter, thereby agrees to bear fully commercial liability and penalties for damages due to injury or harm, resulting from or arising out of ANY wrongful act, error, trespass, or omission of the [wo]man ['trespass upon the Case/ Property'];

44.    i, will require compensation in the amount of two-dollars in silver for every minute [viz: a moment in Time] for **any** trespass upon property/person: personal injury and loss;

45.    In case the said wrongdoer(s) are confused as to where their limited authority and jurisdiction lies:

**"The United States government is a foreign corporation with respect to a state."** [citing In re Merriam's Estate, 36 N.E. 505, 141 N.Y. 479, affirmed U.S. v. Perkins, 16 S.Ct. 1073, 163 U.S. 625, 41 L.Ed 287] [19 C.J.S. 883] [**Emphasis added**];

**The United States is located in the District of Columbia**. [Uniform Commercial Code §9-307. LOCATION OF DEBTOR. (h)] [**Location of United States**] [**Emphasis added**];

**"[T]he term 'United States' has a broader meaning than when used in the Constitution, and includes all territories subject to the jurisdiction of the Federal Government wherever located."** [77 Am. Jur.2d, §2, "United States"] [**Emphasis added**];

**"The government of the United States . . . is one of limited powers. It can exercise authority over no subject, except those which have been delegated to it**. Congress cannot, by legislation, enlarge the federal jurisdiction, nor can it be enlarged under the treaty-making power." [Mayor of New Orleans v. United States, 10 Pet. 662, 736.] [**Emphasis added**];

The Federal government [viz., a foreign corporation] has no legislative power outside of its 'territory.' The states of the Union are NOT 'territory' of the federal government. They are instead INDEPENDENT and SOVEREIGN states: [86 Corpus Juris Secundum (C.J.S) Legal Encyclopedia, Territories: § 1. Definitions, Nature and Distinctions.] [Emphasis added];

The states of Union are 'foreign' to the federal legislative jurisdiction, because, as the U.S. Supreme Court held, they are not subject to it. This is a result of what is called the 'Separation of Powers Doctrine,' which was explained by the Supreme Court in [Coleman v. Thompson, 501 U.S. 722, 759 (1991) (BLACKMUN, J., dissenting) Gregory v. [505u.s. 144, 182] Ashcroft, 501 U.S., at 458. See The Federalist No. 51, p. 323. (C. Rossiter ed. 1961). [New York v. United States, 505 U.S. 144 (1992)] [Emphasis added];

The officer [viz., the men and women d.b.a. 'officers'] may be sued only if he acts in excess of his statutory authority or in violation of the Constitution for then he ceases to represent the Government. [U.S. ex. rel. Brookfield Const. Co. v. Stewart, 284 F. Supp. 94 (1964)] [Emphasis added];

". . . an officer may be held liable in damages to any person injured in consequence of a breach of any of the duties connected with his office. . . The liability for nonfeasance, misfeasance, and for malfeasance in office is in his 'individual,' not his official capacity. . ." [70 AmJur2nd Sec. 50, VII Civil Liability.];

". . .an. . .officer who acts in violation of the Constitution ceases to represent the government." [Brookfield Co. v Stuart, (1964) 234 F. Supp 94, 99 (U.S.D.C., Wash. D.C.)];

"Government immunity violates the common law maxim that everyone shall have a remedy for injury done to his person or property." [Firemens Ins. Co. of Newark, N.J. v. Wasburn County, 2 Wisc 2d 214 (1957)];

"if an inferior judge acts maliciously or corruptly he may incur liability." [see...Kalb v. Luce, 291 N.W. 841, 234, WISC 509 see. Pulliam v. Allen, 466 U.S. 522 (1983)]

Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land.

The judge is engaged in acts of treason. "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." [Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958)] [Emphasis added];

A judge is not immune from tortious acts committed in a purely Administrative, non-judicial capacity. . . . [Mireles v. Waco, 112 S. Ct. 286 at 288 (1991)];

If you disagree with anything in this verified Notice and Claim, then rebut that with which you disagree, in writing, with particularity, to me, within 10 days of this letter's date, and support your disagreement with evidence, fact and law. Your failure to respond, as stipulated, is your agreement with an admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this Notice and Claim, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you;

NOTICE TO THE AFOREMENTIONED MEN AND WOMEN OF THIS NOTICE AND CLAIM:

THIS NOTICE AND CLAIM IS NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, CAUSE ANXIETY, ALARM, CONTEMPT OR DISTRESS, OR IMPEDE ANY PUBLIC DUTIES. IT IS PRESENTED WITH HONORABLE AND PEACEFUL INTENTIONS. ANY AFFIRMATION CONTRARY TO THIS VERIFIED STATEMENT OF FACTS WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.

Facts communicated by Judge Anna Von Reitz:
http://annavonreitz.com/unitedstatesnotamerica.pdf
http://annavonreitz.com/americasomeassemblyrequired.pdf
http://annavonreitz.com/judgeanna.pdf
http://annavonreitz.com/judgeannainterview.pdf
http://annavonreitz.com/fiftyshades.pdf

Kind Regards,

By: _Todd Wheeler Keller_ ©, LS., all rights reserved
Todd Wheeler Keller©
Autograph and Seal

Without the Foreign Territorial/ Municipal United States

## *MANDATORY NOTICE*
### *Foreign Sovereign Immunities Act*
### *Sections 1605 and 1607*
### *NOTICE OF LIABILITY*:
### *{ cf. 15 USC § 1; 2; 3 & 18 USC § 951; 1001; 1341; 1342; 2333; etc. }*

i: a living man, of lawful age attest that this *MANDATORY NOTICE* is provided to all Territorial United States District and State and County Courts, corporations, franchises, agencies, etc. & the [wo]men doing business as their officers, clerks, bailiffs, sheriffs, deputies, & employees & all Municipal Appointees including their *DISTRICT, STATE, and COUNTY COURTS, CORPORATIONS, FRANCHISES, AGENCIES, ETC.*, their men and women doing business as *OFFICERS* and *EMPLOYEES*:

The vessels doing business as Todd Wheeler Keller©, *TODD WHEELER KELLER*©™, *TODD W. KELLER*©™, together with all derivatives and permutations and punctuations of these names, are not acting in any federal territorial or municipal capacity and have not knowingly or willingly acted in any such capacity since the day of nativity: March 26, 1967. All vessels are duly claimed by the Holder in Due Course and held under published Common Law Copyright since March 26, 1967;

These vessels are publishing *MANDATORY NOTICE* that they are Foreign Sovereigns from the New York state of The United States of America. This is your *MANDATORY NOTICE* that these above-named vessels are owed all material rights, remedies, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit; you are also hereby provided with *MANDATORY NOTICE* that these vessels are not subject to Territorial or Municipal United States law and are owed The Law of Peace, Department of the Army Pamphlet 27 161-1, from all Territorial and Municipal Officers and employees who otherwise have no permission to approach or address them. *NOTICE OF NON-ASSUMPSIT*: i: a man, have revoked any and all presumed; implied; undisclosed; unconscionable; detrimental; adhesion contracts or benefits, effective with my nativity March 26, 1967;

Any personal harm/ injury resulting from trespass upon i, a man, or these vessels or the use of fictitious names or titles related to them will be subject to full commercial liability and penalties: { cf. 15 USC § 1; 2; 3 and 18 USC § 951; 1001; 1341; 1342; 2333; etc. };

So said, autographed, and sealed this 27th day of June 2018 in Wyoming County, New York: Union-state: The United States of America;

By: ~~Todd Wheeler Keller~~ ©, LS.
Contact: Keller, Todd Wheeler©
c/o 800 Exchange Street Road, New York: Union-state
Private Non-domestic, Postal Extension {14011-9998}

United States of America

*State of New York*
*Department of State*

**It is hereby certified,** *that **Adam Bello** was Clerk of County of **Monroe** in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.*

**In Testimony Whereof,** *the Department of State Seal is hereunto affixed.*

*Witness my hand at the city of Albany*

*this **26th** day of **June Two Thousand and Seventeen***

Whitney A. Clark
Special Deputy Secretary of State

819173
210CC (REV: 09 25 12)

Dist. No. **2701**

# New York State Department of Health
## OFFICE OF VITAL RECORDS
### CERTIFICATE OF BIRTH

**2948**

Registered No.

To be inserted by registrar

| 1. PLACE OF BIRTH: STATE OF NEW YORK | | 2. USUAL RESIDENCE OF MOTHER (Where does mother live?) | |
|---|---|---|---|
| a. COUNTY Monroe | | a. STATE New York | b. COUNTY Monroe |
| b. TOWN | | c. TOWN | |
| c. CITY OR VILLAGE Rochester | | d. CITY OR VILLAGE Rochester | Is residence within its corporate limits? YES ☒ NO ☐ |
| d. NAME OF (if not in hospital or institution, give street address or location) HOSPITAL OR INSTITUTION The Genesee Hospital | | e. STREET ADDRESS 74 Merriman St. | f. Is residence on farm? YES ☐ NO ☒ |

3. CHILD'S NAME (Type or print) **Todd Wheeler Keller**

| 4. SEX Male | 5a. THIS BIRTH SINGLE ☒ TWIN ☐ TRIPLET ☐ | 5b. IF TWIN OR TRIPLET, was child born 1ST ☐ 2ND ☐ 3RD ☐ | 6. DATE OF BIRTH (Month) March (Day) 26, (Year) 1967 |
|---|---|---|---|

**FATHER**

| 7. FULL NAME Wayne Allen Keller | | 8. AGE (At time of this birth) 23 YEARS |
|---|---|---|
| 9. BIRTHPLACE (State or foreign country) Michigan | 10a. USUAL OCCUPATION Millwright | 10b. KIND OF BUSINESS OR INDUSTRY Bausch & Lomb, Inc |

**MOTHER**

| 11. FULL MAIDEN NAME Linda Helen Wheeler | 12. AGE (At time of this birth) 23 YEARS |
|---|---|
| 13. BIRTHPLACE (State or foreign country) New York | 14. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child) |

| 15. LENGTH OF PREGNANCY COMPLETED WEEKS 40 | 16. WEIGHT OF CHILD AT BIRTH 2637 GMS. OR LBS. OZS. | a. How many OTHER children are now living? none | b. How many OTHER children were born alive but are now dead? none | c. How many children were stillborn (born dead after 20 weeks pregnancy)? none |
|---|---|---|---|---|

17. MOTHER'S MAILING ADDRESS FOR REGISTRATION NOTICE: (Include post office zone number) 74 Merriman St., Rochester, New York 14607

| I hereby certify that I attended the birth of this child who was born alive on the date stated above at 11:23 a.m. | 18a. SIGNATURE OF ATTENDANT Julius Rock, *Julius Rock* | M.D. ☒ MIDWIFE ☐ OTHER (Specify) |
|---|---|---|
| | 18b. ADDRESS 171 Park Avenue, Rochester, NY 14607 | 18c. DATE SIGNED 3-29 1967 |
| 19. DATE FILED BY LOCAL REG. 3/31/67 19 | 20. REGISTRAR'S SIGNATURE *Selleen M Mattice Reb* | 21. GIVEN NAME ADDED 19 Registrar |

### FOR MEDICAL AND HEALTH USE ONLY
### (NOT TO BE COPIED INTO LOCAL REGISTER)

"For Administrative Use only"

"I certify : Document Holder that this is a true and correct copy of the certificate of live birth and identification on file"

By: _____

Todd Wheeler Keller

Autographa i-seal

Al ... Serial

MG - ... 4.

TIFICATE SECURITY FEATURES

**Security Features:** | **Description:**

Hidden "VOID" Image | The word "VOID" will appear repeatedly in the background of copies

Heat Reactive Ink | Red ink will temporarily turn blue when rubbed or exposed to other heat

Microtext Border | This minute text will become fuzzy or unreadable when copied

Chemical Sensitivity | Use of solvents will show stains on document, while use of bleach reveals "VOID" wording

Watermark | Distinctive watermark pattern will become visible when held at an angle

Invisible Fibers | Tiny invisible fibers are embodded in the paper which will glow when exposed to UV light

County of Monroe
Department of Public Health

JUN 0 1 2019

Office of Vital Records
Rochester, New York

THE RAISED SEAL ON THE FACE OF THIS
DOCUMENT WILL CERTIFY THAT THIS IS A TRUE COPY
OF A RECORD ON FILE IN THE OFFICE OF VITAL
RECORDS, MONROE COUNTY HEALTH DEPARTMENT,
ROCHESTER, NEW YORK

*Frank Golisano*

FRANK GOLISANO
DEPUTY REGISTRAR OF VITAL RECORDS



# Office of the County Clerk
## MONROE COUNTY, NEW YORK

**STATE OF NEW YORK)**
**MONROE COUNTY CLERK'S OFFICE) ss**

I, Adam J. Bello, County Clerk of said County and of the Supreme and County Courts thereof, the same being courts of record **DO HEREBY CERTIFY that**

*Frank Golisano* is a *Deputy Registrar in the Vital Records office*
In and for Monroe County, State of New York, duly commissioned sworn and authorized to act as such; that his/her official oath and signature are now on file in this office.
(Acknowledging officer's impression of seal not required to be on file in this office.)

In testimony whereof, I have hereunto set my hand and affixed the seal of said County and Courts, at

Rochester, NY this _____ day of _June_ A.D. 20 _19_.

*Adam Bello*

Adam J. Bello
Monroe County Clerk

Todd Wheeler Dean
c/o 800 Exchange Street
Attica, New York: Union ......
Private Non-domestic
Postal Extension Code 14011-9998



CERTIFIED MAIL

7016 1370 0000 9186 8445



1000          14202

U.S. POSTAGE
PAID
ATTICA, NY
14011
JUN 27, 18
AMOUNT
**$4.87**
R2305M145407-12



USDC - WDNY
JUN 29 2018
BUFFALO

Mary Loewenguth & Patrick Healy
c/o Federal Court
2 Niagara Square
Buffalo, New York
Private Non-Domestic
Postal Extension 14202-9998