Todd Wheeler Keller: Settlor and Beneficiary for TODD WHEELER KELLER©™
c/o 800 Exchange Street Road, Attica, New York: Union-state
Private Non-Domestic, Postal Code Extension [14011-9998]



# AFFIDAVIT OF DEFAULT

July 31, 2018

Notice to Agent is Notice to Principles; Notice to Principles is Notice to Agents:

Lawrence J. Vilardo: a man, d.b.a.
"LAWRENCE J. VILARDO, JUDGE"
c/o Federal Court
2 Niagara Square
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

Mary C. Loewenguth: a woman, d.b.a.
"MARY C. LOEWENGUTH, CLERK OF COURT"
c/o Federal Court
2 Niagara Square
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

Patrick J. Healy: a man, d.b.a.
"PATRICK J. HEALY, CHIEF DEPUTY CLERK"
c/o Federal Court
2 Niagara Square
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

Michael S. Cerrone: a man, d.b.a.
"MICHAEL S. CERRONE, ASSISTANT U.S. ATTORNEY"
c/o 138 Delaware Avenue
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

James P. Kennedy, Jr.: a man, d.b.a.
"JAMES P. KENNEDY, JR., U.S. ATTORNEY"
c/o 138 Delaware Avenue
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

i: the aggrieved living man and Affiant, who goes by the lawful Given Trade Name: Todd Wheeler Keller©: a private American state national; Native New Yorker and Third Party Civilian Non-Enemy Combatant [a Non-Territorial/ Municipal "United States Citizen; Resident Person"], living upon the land and soil of New York: Union-state [Unincorporated], the undersigned of lawful age, of sound mind and in good health, free of all duress or improper consideration, who claims all birthright, hereby claims, attest and gives notice that:

This Affidavit of Default is lawful notification to the aforementioned men and women [hereinafter referred to as you or by name] and in reference to a Notice and Claim, dated June 7, 2018 and Affidavit of Truth, dated, July 16, 2018, in which you were required to rebut, with particularity, everything in that Notice and Claim and Affidavit with which you disagreed was your lawful, legal and binding agreement with an admission to the fact that everything in that Notice, Claim and Affidavit was and is true, correct and complete to the best of my knowledge and belief and not intended to be misleading and that the trespass, personal injury, and loss described in the said Notice, Claim and Affidavit is being committed contrary to *Law*;

You have failed and/or refused to respond within the allotted time frame, therefore, pursuant to the lawful notification and claims contained in that Notice and Affidavit, you have willfully admitted and agreed to all charges, claims and compensation due i made therein, creating your acquiescence and estoppel, fully binding upon you in any court in America without your protest, objection or that of those who might represent you;

Michael S. Cerrone: a man, and James P. Kennedy, Jr.: a man are also in default of my Common Law Copyright Notice sent to them.

By: _Todd Wheeler Keller_©, All Rights Reserved
Aggrieved Party & Affiant
Autograph and Seal

On this date, the 31st day of July, 2018, I a Public Notary, did witness the affixing of the above autograph and seal by the living man: Todd Wheeler Keller, in my presence, and he did affirm the truth of this verified Affidavit to me:

_Julie A. Cook_ Public Notary.

JULIE A. COOK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO6214633
Qualified In Wyoming County
My Commission Expires December 14, 2021

Todd Wheeler Keller
c/o 800 Exchange Street Road
Attica, New York: Union-state
Private Non-Domestic
Postal Extension 14011-9998



CERTIFIED MAIL®

7016 1370 0000 9189 7445



BUFFALO NY 142
31 JUL 2018



1000     14202

U.S. POSTAGE
PAID
ATTICA, NY
14011
JUL 31, 18
AMOUNT
$3.95
R2305M145409-12



USDC - WDNY
AUG - 2 2018
BUFFALO

Lawrence J. Vilardo; Mary C. Loewenguth and Patrick J. Healy
c/o Federal Court
2 Niagara Square
Buffalo, New York: Union-state
Private Non-Domestic
Postal Extension 14202-9998

14202-335099