Todd Wheeler Keller: Settlor and Beneficiary for TODD WHEELER KELLER©™
c/o 800 Exchange Street Road, Attica, New York: Union-state
Private Non-Domestic, Postal Code Extension [14011-9998]

 

# AFFIDAVIT OF OBLIGATION
(This is a verified plain statement of fact)

September 03, 2018

Notice to Agent is Notice to Principles; Notice to Principles is Notice to Agents:

Mary C. Loewenguth: a woman, d.b.a.
"MARY C. LOEWENGUTH, CLERK OF COURT"
c/o Federal Court
2 Niagara Square
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

Patrick J. Healy: a man, d.b.a.
"PATRICK J. HEALY, CHIEF DEPUTY CLERK"
c/o Federal Court
2 Niagara Square
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

Michael S. Cerrone: a man, d.b.a.
"MICHAEL S. CERRONE, ASSISTANT U.S. ATTORNEY"
c/o 138 Delaware Avenue
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

James P. Kennedy, Jr.: a man, d.b.a.
"JAMES P. KENNEDY, JR., U.S. ATTORNEY"
c/o 138 Delaware Avenue
Buffalo, New York: Union-state
Private Non-domestic
Postal Extension [14202-9998]

RE: TRESPASS UPON PROPERTY; WITHOUT RIGHTS; CONSENT; AUTHORITY; JURISDICTION; CAUSING PERSONAL INJURY AND LOSS
[1:17-CV-1224-LJV]

i: the aggrieved living man and Affiant, who goes by the lawful Given Trade Name: Todd Wheeler Keller©: a private non-citizen-American state national; Native New Yorker and Third Party Civilian Non-Enemy Combatant [a Non-Territorial/ Municipal "United States citizen; resident person"] living upon the land and soil of New York: an unincorporated Union-state, the undersigned of lawful age, of sound mind and in good health, free of all duress or improper consideration, who claims all birthright, hereby claims, attest and gives notice that:

This Affidavit of Obligation is lawful notification to the aforementioned men and women [hereinafter referred to as you] and in reference to a Notice and Claim, dated June 7, 2018 and Affidavit of Truth, dated, July 16, 2018, in which you were required to rebut, with particularity, everything in that Notice and Claim and Affidavit with which you disagreed was your lawful, legal and binding agreement with an admission to the fact that everything in that Notice, Claim and Affidavit was and is true, correct and complete to the best of my knowledge and belief and not intended to be misleading and that the trespass, personal injury, and loss described in the said Notice, Claim, and Affidavit is being committed contrary to *Law*;

You have failed and/or refused to respond to the aforementioned Notice, Claim, and Affidavit, within the allotted time frame, therefore, pursuant to the lawful notification and claims contained in that Notice, Claim and Affidavit you have willfully admitted and agreed to all charges, claims, and compensation due i made therein, creating your acquiescence and estoppel, fully binding upon you in any court in America without your protest, objection or that of those who might represent you;

i now require the immediate payment of Bill Invoice: 480MCL; 480PJH; 480MSC and 480JKP;

By: _Todd Wheeler Keller_©, All Rights Reserved
Aggrieved Party & Affiant
Autograph and Seal

On this date, the 4th day of September 2018, I a Public Notary, did witness the affixing of the above autograph and seal by the living man: Todd Wheeler Keller, in my presence, and he did affirm the truth of this verified Affidavit to me:

JULIE A. COOK
NOTARY PUBLIC-STATE OF NEW YORK    _Julie A. Cook_ Public Notary.
No. 01CO6214633
Qualified in Wyoming County
My Commission Expires December 14, 2021    PAGE 2 of 2

Please make payable to TODD WHEELER KELLER©™

Addressed To:

TODD WHEELER KELLER©™
c/o Todd Wheeler Keller
800 Exchange Street Road
Attica, New York: Union-state
Private Non-Domestic
Postal Extension [14011-9998]

Total due in Thirty (30) days, after 30 days Invoice will be recorded with the County Registrar & UCC;
$100.00 in silver a day on all arrears payments: Thank you for your business;
Whoever does Business with My Debtor Becomes My Debtor;
Operating in Peaceful Private International Trade;
Without the Foreign Territorial/ Municipal 'United States';

TWK: Creditor; Settlor; Executor; Beneficiary & Authorized Agent for TODD WHEELER KELLER©™;
All Rights Reserved ~ Errors & Omissions Excepted ~ Without Recourse ~ Without Prejudice ~ Non-Assumpsit;

By: _____Todd Wheeler Keller_____ ©, Autograph and Seal
Settlor and Beneficiary for TODD WHEELER KELLER©™

**Certified Invoice 480 MCL**

NOTARY PUBLIC'S JURAT:

New York State  }

Wyoming County }

I, a Public Notary, was visited today by the living man known and identified as Todd Wheeler Keller and he did issue, autograph and seal this verified Invoice freely in my presence and he did affirm the facts herein, whereupon I affix my signature and seal as testimony to these facts:

_____Julie A. Cook_____ Notary.

JULIE A. COOK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO6214633
Qualified in Wyoming County
My Commission Expires December 14, 20 21

Non-Negotiable

# Invoice ~ Verified
## TODD WHEELER KELLER©™
[Not All Trespasses or Fees Have Been Listed or Assessed]

Billed To: Healy, Patrick J: man: Debtor
c/o 2 Niagara Square
Buffalo, New York: Union-state
States of America

Invoice: 480 PJH
States of America
July 31, 2018

FOR: Charges under Copyright Notice; Unrebutted Notice/Claim/Agreement, dated September 15, 2017; Unrebutted Summons/ Claim, dated November 21, 2017; Unrebutted Notice/ Claim/Agreement, dated June 7, 2018; Unrebutted Notice/Claim/Agreement/ Affidavit, dated July 16, 2018;

---

### DESCRIPTION: TRESPASS; PERSONAL INJURY COMMITTED UNDER COLOR OF LAW

Conspiracy to Monopolize and Restrain Trade/ Business/ Property/ Person ~

Trespass Upon Property and Person ~ Research; Time; Energy Consumed ~

Copyright Infringement ~ Constructive Fraud ~ Nonfeasance ~ Malfeasance;

---

01. Conspiracy to Monopolize Trade/ Business/ Property/ Person: $1,000,000;
02. Conspiracy to Restrain Trade/ Business/ Property/ Person: $1,000,000;
03. Trespass Upon Rights/ Property/ Person: $1,000,000;
04. Research, Time; Energy Consumed: $1,000,000;
05. Copyright Infringement: $500,000;
06. Constructive Fraud: $100,000;
07. Nonfeasance: $100,000;
08. Malfeasance: $100,000;

TOTAL = $4,800,000.00
FOUR MILLION EIGHT HUNDRED THOUSAND DOLLARS, ZERO CENTS

---

Fees and billing subject to change. Required form of payment will be 'dollars in silver' *[cf. make any Thing but gold and silver Coin a Tender in Payment of Debts: The organic united States Constitution, Article 1, §10]*;

Other accepted forms of payment: Crypto-currencies. Federal Reserve Notes *[cf. 12 U.S.C. § 411 liability & obligation of the foreign Territorial/ Municipal 'United States']* may be conditionally accepted as payment;

Non-Negotiable

Please make payable to TODD WHEELER KELLER©™

Addressed To:

TODD WHEELER KELLER©™
c/o Todd Wheeler Keller
800 Exchange Street Road
Attica, New York: Union-state
Private Non-Domestic
Postal Extension [14011-9998]

Total due in Thirty (30) days, after 30 days Invoice will be recorded with the County Registrar & UCC;
$100.00 in silver a day on all arrears payments: Thank you for your business;
Whoever does Business with My Debtor Becomes My Debtor;
Operating in Peaceful Private International Trade;
Without the Foreign Territorial/ Municipal 'United States';

TWK: Creditor; Settlor; Executor; Beneficiary & Authorized Agent for TODD WHEELER KELLER©™;
All Rights Reserved ~ Errors & Omissions Excepted ~ Without Recourse ~ Without Prejudice ~ Non-Assumpsit;

By: _____Todd Wheeler Keller_____ ©, Autograph and Seal
Settlor and Beneficiary for TODD WHEELER KELLER©™

**Certified Invoice 480 PJH**

NOTARY PUBLIC'S JURAT:

New York State   }

Wyoming County  }

I, a Public Notary, was visited today by the living man known and identified as Todd Wheeler Keller and he did issue, autograph and seal this verified Invoice freely in my presence and he did affirm the facts herein, whereupon I affix my signature and seal as testimony to these facts:

_____Julie A. Cook_____ Notary.

JULIE A. COOK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO6214633
Qualified in Wyoming County
My Commission Expires December 14, 20 21

Non-Negotiable

# Invoice ~ Verified
## TODD WHEELER KELLER©™
[Not All Trespasses or Fees Have Been Listed or Assessed]

Billed To: Loewenguth, Mary C: woman: Debtor
c/o 2 Niagara Square
Buffalo, New York: Union-state
States of America

Invoice: 480 MCL
States of America
July 31, 2018

FOR: Charges under Copyright Notice; Unrebutted Notice/Claim/Agreement, dated September 15, 2017; Unrebutted Summons/ Claim, dated November 21, 2017; Unrebutted Notice/Claim/Agreement, dated June 7, 2018; Unrebutted Notice/Claim/Agreement/Affidavit, dated July 16, 2018;

### DESCRIPTION: TRESPASS; PERSONAL INJURY COMMITTED UNDER COLOR OF LAW

Conspiracy to Monopolize and Restrain Trade/ Business/ Property/ Person ~

Trespass Upon Property and Person ~ Research; Time; Energy Consumed ~

Copyright Infringement ~ Constructive Fraud ~ Nonfeasance ~ Malfeasance;

01. Conspiracy to Monopolize Trade/ Business/ Property/ Person: $1,000,000;
02. Conspiracy to Restrain Trade/ Business/ Property/ Person: $1,000,000;
03. Trespass Upon Rights/ Property/ Person: $1,000,000;
04. Research, Time; Energy Consumed: $1,000,000;
05. Copyright Infringement: $500,000;
06. Constructive Fraud: $100,000;
07. Nonfeasance: $100,000;
08. Malfeasance: $100,000;

TOTAL = $4,800,000.00
FOUR MILLION EIGHT HUNDRED THOUSAND DOLLARS, ZERO CENTS

Fees and billing subject to change. Required form of payment will be 'dollars in silver' [cf. make any Thing but gold and silver Coin a Tender in Payment of Debts: The organic united States Constitution, Article 1, §10];

Other accepted forms of payment: Crypto-currencies. Federal Reserve Notes [cf. 12 U.S.C. § 411 liability & obligation of the foreign Territorial/ Municipal 'United States'] may be conditionally accepted as payment;

Todd Wheeler Keller
c/o 800 Exchange Street Road
Attica, New York: Union-state
Private Non-Domestic
Postal Code Extension 14011-9998



CERTIFIED MAIL

7016 1370 0000 9189 7483

U.S. POSTAGE PAID
FCM LETTER
ATTICA, NY
14011
SEP 07 18
AMOUNT
$4.16
R2305M145409-12


USDC-WDNY
SEP 10 2018
BUFFALO

Mary C. Loewenguth and Patrick J. Healy
c/o Federal Court
2 Niagara Square
Buffalo, New York: Union-state
Private Non-Domestic
Postal Code Extension 14202-9998

14202-335099